**Exhibit A**

**Doe #1 (141.157.232.91 2006-01-20 02:18:00 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Rah Digga | Imperial | Dirty Harriet | 281-389 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Motown Record Company, L.P. | Boyz II Men | Please Don't Go | Cooleyhighharmony | 212-333 |
| Motown Record Company, L.P. | Boyz II Men | U Know | II | 196-004 |
| Loud Records LLC | Mobb Deep | Adrenaline | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | New World | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |

**Exhibit A**

**Doe #2 (141.149.41.49 2006-01-27 04:47:46 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Atlantic Recording Corporation | Phil Collins | One More Night | No Jacket Required | 60-788 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Warner Bros. Records Inc. | Don Henley | Taking You Home | Inside Job | 281-993 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Virgin Records America, Inc. | Tina Turner | When the Heartache Is Over | Twenty Four Seven | 277-227 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out Of Hell | N46849 |
| BMG Music | Public Announcement | Slow Dance | Don't Hold Back | 290-826 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |

**Exhibit A**

**Doe #3 (151.205.180.154 2005-11-29 07:09:07 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Dire Straits | Brothers in Arms | Brothers In Arms | 63-040 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Radiohead | Black Star | The Bends | 280-260 |
| Virgin Records America, Inc. | Janet Jackson | That's The Way Love Goes | Janet | 174-392 |
| UMG Recordings, Inc. | Gap Band | Burn Rubber (Why You Wanna Hurt Me?) | The 12-Inch Collection | 70-785 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Arista Records LLC | Snap | Rhythm is a Dancer | The Madman's Return | 144-133 |
| BMG Music | The Whispers | And the Beat Goes On | The Whispers | 18-246 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| Interscope Records | No Doubt | Hey Baby | Rock Steady | 305-872 |

**Exhibit A**

**Doe #4 (209.158.211.74 2005-11-28 01:00:26 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | Ghetto Vet | The War Disc | 268-428 |
| Priority Records LLC | Ice Cube | Roll All Day | War & Peace: Vol. 2 | 287-151 |
| Priority Records LLC | NWA | 8 Ball | Straight Outta Compton | 150-531 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Body Rott | Art of War | 240-553 |
| Priority Records LLC | Snoop Dogg | Bring It On | Tha Last Meal | 317-638 |

**Exhibit A**

**Doe #5 (162.83.225.172 2005-12-01 12:01:05 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | After 7 | Baby I'm For Real (Natural High) | Takin' My Time | 178-457 |
| Virgin Records America, Inc. | Soul II Soul | Keep On Movin' | Keep On Movin | 105-226 |
| Interscope Records | Blackstreet | Fix | Another Level | 229-817 |
| UMG Recordings, Inc. | Mary J. Blige | All That I Can Say | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Jon B. | Someone To Love | Bonafide | 295-444 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | K-I-Ss-I-N-G | I Am | 175-149 |
| BMG Music | Public Announcement | Mamacita | Don't Hold Back | 290-826 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ja Rule | I Cry | Rule 3:36 | 270-080 |

**Exhibit A**

**Doe #6 (68.161.156.174 2005-12-23 00:07:25 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Loud Records LLC | Mobb Deep | It's Mine | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | K-I-Ss-I-N-G | I Am | 175-149 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |

**Exhibit A**

**Doe #7 (68.160.16.103 2006-01-06 15:03:15 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | I'd Rather Fuck You | Efil4zaggin' | 137-627 |
| Priority Records LLC | NWA | 8 Ball | Straight Outta Compton | 150-531 |
| Interscope Records | Dr. Dre | The Watcher | 2001 | 277-983 |
| UMG Recordings, Inc. | DMX | Blackout | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Sublime | Burritos | Sublime | 224-105 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Trash | Issues | 276-133 |

**Exhibit A**

**Doe #8 (68.237.88.5 2006-01-12 04:04:33 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Virgin Records America, Inc. | A Perfect Circle | Orestes | Mer De Noms | 281-642 |
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| UMG Recordings, Inc. | Live | Rattlesnake | Secret Samadhi | 233-098 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Arista Records LLC | Outkast | Spaghetti Junction | Stankonia | 306-741 |
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| Capitol Records, Inc. | Norah Jones | The Nearness of You | Come Away With Me | 320-120 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Elderly Woman Behind the Counter in a Small Town | Vs. | 207-219 |

**Exhibit A**

**Doe #9 (151.205.118.4 2006-01-21 00:29:53 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cars | All Mixed Up | Cars | 4-128 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | ZZ Top | Gimme All Your Lovin' | Eliminator | 45-132 |
| Capitol Records, Inc. | Grand Funk Railroad | Some Kind of Wonderful | All the Girls in the World Beware!!! | N-20414 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Arista Records LLC | Santana | Put Your Lights On | Supernatural | 289-833 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |

**Exhibit A**

## Doe #10 (151.202.63.65 2006-01-24 03:41:24 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Alphaville | Forever Young | Forever Young | 57-138 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 267-571 |
| Arista Records LLC | Snap | Rhythm is a Dancer | The Madman's Return | 144-133 |
| BMG Music | Juan Gabriel | Abrazame Muy Fuerte | Abrazame Muy Fuerte | 187-211 |
| BMG Music | Juan Gabriel | Inocente Pobre Amigo | Por Los Siglos | 303-951 |

**Exhibit A**

## Doe #11 (141.155.166.44 2006-01-25 01:39:43 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | After 7 | Ready or Not | After 7 | 112-721 |
| Interscope Records | Ruff Ryders | Dope Money | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | Mary J. Blige | Your Child | Mary | 268-503 |
| UMG Recordings, Inc. | Shania Twain | Man! I Feel Like A Woman | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Off The Wall | Off The Wall | 11-120 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| UMG Recordings, Inc. | Dru Hill | Tell Me | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |

**Exhibit A**

**Doe #12 (151.204.239.164 2006-01-26 00:50:22 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Blue Oyster Cult | Burnin' For You | Fire of Unknown Origin | 29-371 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| BMG Music | Eve 6 | Here's To The Night | Horrorscope | 285-024 |

**Exhibit A**

## Doe #13 (162.84.214.154 2006-01-26 02:23:51 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | After 7 | One Night | After 7 | 112-721 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |
| Virgin Records America, Inc. | Soul II Soul | Keep On Movin' | Keep On Movin | 105-226 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| UMG Recordings, Inc. | Avant | Destiny | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Mary J. Blige | All That I Can Say | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dirty Diana | Bad | 84-256 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |

AO 458 (Rev. 11/04 DC-Appearance

# United States District Court
# for the District of Columbia

| | | |
|---|---|---|
| UMG RECORDINGS, ET AL. | ) | APPEARANCE |
| | ) | |
| Plaintiff(s) | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| DOES 1 - 13, | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew J. Oppenheim__ as counsel in this case for: UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; MAVERICK RECORDING COMPANY; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; MOTOWN RECORD COMPANY, L.P.; VIRGIN RECORDS AMERICA, INC.; LOUD RECORDS, LLC; and PRIORITY RECORDS LLC

____February 28, 2006____  
Date

_____[signature]_____  
*Signature*

443698  
BAR IDENTIFICATION

Matthew J. Oppenheim  
*Printed Name*

7304 River Falls Drive  
*Address*

Potomac, MD 20854  
*City/State/Zip*

(301) 299-4986        (866) 766-1678  
*Phone No.*              *Fax No.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; LOUD RECORDS, LLC, a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DOES 1 - 13,<br><br>　　　　　　　　　Defendants. | Civil Action No.: |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S., and Maverick Records LLC, which is not publicly traded.

2

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi Universal, S.A., a publicly traded French company.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff LOUD RECORDS, LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

These representations are made in order that judges of this court may determine the need

for recusal.

Dated: February 28, 2006

Respectfully submitted,

Matthew J. Oppenheim (D.C. Bar No. 443698)
7304 River Falls Drive
Potomac, MD 20854
Telephone: (301) 299-4986
Fax: (866) 766-1678

*Attorneys for Plaintiffs*