# United States District Court
# for the District of Columbia

| | | |
|---|---|---|
| UMG RECORDINGS, ET AL. | ) | APPEARANCE |
| | ) | |
| Plaintiff(s) | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| DOES 1 - 13, | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew J. Oppenheim__ as counsel in this case for: UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; MAVERICK RECORDING COMPANY; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; MOTOWN RECORD COMPANY, L.P.; VIRGIN RECORDS AMERICA, INC.; LOUD RECORDS, LLC; and PRIORITY RECORDS LLC

February 28, 2006
Date

*Signature*

Matthew J. Oppenheim
*Printed Name*

443698
BAR IDENTIFICATION

7304 River Falls Drive
*Address*

Potomac, MD 20854
*City/State/Zip*

(301) 299-4986        (866) 766-1678
*Phone No.*           *Fax No.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; LOUD RECORDS, LLC, a Delaware corporation; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>      Plaintiffs,<br><br> v.<br><br>DOES 1 - 13,<br><br>      Defendants. | Civil Action No.: |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S., and Maverick Records LLC, which is not publicly traded.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi Universal, S.A., a publicly traded French company.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff LOUD RECORDS, LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

These representations are made in order that judges of this court may determine the need

for recusal.

                                                       Respectfully submitted,

Dated: February 28, 2006              _____
                                                  Matthew J. Oppenheim (D.C. Bar No. 443698)
                                                  7304 River Falls Drive
                                                  Potomac, MD 20854
                                                  Telephone: (301) 299-4986
                                                  Fax: (866) 766-1678

                                                  *Attorneys for Plaintiffs*