

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | cormega - Fallen Soldiers.mp3 | Cormega | 5,362KB | Audio | |
| D@KaZaA | Jay-Z - Track 14.mp3 | Jay-Z | 1,590KB | Audio | |
| D@KaZaA | Cormega - Testament.mp3 | Cormega | 3,723KB | Audio | |
| D@KaZaA | Mobb Deep (feat Cormega) - Whats Your Poison.mp3 | mobb deep _cormega | 3,544KB | Audio | |
| D@KaZaA | 03-g-unit-my_buddy-osc.mp3 | G-Unit | 4,208KB | Audio | |
| D@KaZaA | jaell- Cormega- The Real Firm.mp3 | cormega | 3,554KB | Audio | |
| D@KaZaA | instrumental- Mobb Deep, Cormega - What's Ya Poison.mp3 | MOBB DEEP | 1,738KB | Audio | V |
| D@KaZaA | dmx - fuck ya'll niggaz.mp3 | DMX | 5,058KB | Audio | |
| D@KaZaA | 15-cassidy-tic_toc-wcr.mp3 | cassidy | 5,292KB | Audio | |
| D@KaZaA | G Unit - Salute You (i).mp3 | Instrumentals | 2,382KB | Audio | |
| D@KaZaA | Jay-z-Can I Live(instrumental).mp3 | Instrumental | 1,188KB | Audio | Can I |
| D@KaZaA | Shyne - 16 - Commision.mp3 | Shyne | 3,937KB | Audio | |
| D@KaZaA | P.mp3 | Styles P. | 2,706KB | Audio | |
| D@KaZaA | Big Pun _Fat JoeTwinz InstrumentalHip Hop3.06.mp3 | Big Pun _Fat Joe | 2,908KB | Audio | |
| D@KaZaA | artist - Track 07.mp3 | STYLES P | 4,370KB | Audio | |
| D@KaZaA | CNN - The Reunion - 004 - Queens.mp3 | Capone-n-Noreaga | 3,860KB | Audio | |
| D@KaZaA | Nas - Represent.mp3 | Nas | 3,947KB | Audio | |
| D@KaZaA | Big Noyd - We Gangsta.mp3 | Big Noyd | 5,141KB | Audio | |
| D@KaZaA | R.mp3 | R. Kelly | 3,916KB | Audio | |
| D@KaZaA | Sheek Louch feat. Styles P - Headshots.mp3 | D-Block | 4,986KB | Audio | |
| D@KaZaA | Beg for Mercy! (1).mp3 | G Unit | 3,222KB | Audio | |
| D@KaZaA | freestyle - Jay-Z Diss.mp3 | instrumentals | 1,956KB | Audio | |
| D@KaZaA | 20-sheek-life-whoa.mp3 | Sheek | 4,018KB | Audio | |
| D@KaZaA | Big Pun - 22 Freestyle (2).mp3 | Big Pun | 1,456KB | Audio | Big Pun |
| D@KaZaA | 07-jay-z-threat-wcr.mp3 | Jay-Z | 4,478KB | Audio | |
| D@KaZaA | NBA-Top 10 of Dunks(2002~2003).mpg | NBA | 7,847KB | Video | NBA |
| D@KaZaA | 24 - Thrill Me.mp3 | Mobb Deep | 2,261KB | Audio | |
| D@KaZaA | DJ Clue feat. Lox - 1,2,3,4 (Unreleased).mp3 | DJ Clue feat. Lox | 3,226KB | Audio | 1, |
| D@KaZaA | Nas - The Set Up.mp3 | Nas | 4,719KB | Audio | |
| D@KaZaA | Nas - I Am - 16 - Undying Love.mp3 | Nas | 6,308KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files









# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download            Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | D@KaZaA | big pun _cormega - rhyme for rhyme freestyle.mp3 | Pun _Mega | 1,718KB | Audio | Rhyme Fc |
| | D@KaZaA | Jay-Z,DJ Premier-Rhyme No More.mp3 | Jay-Z,DJ Premier | 1,624KB | Audio | |
| | D@KaZaA | cranberries - dreams.mp3 | Cranberries | 4,253KB | Audio | |
| | D@KaZaA | 03 - Popular Thug.mp3 | kelis/The Neptunes: Nas; ... | 5,468KB | Audio | |
| | D@KaZaA | Big L - Devil's Son.mp3 | Big L | 5,070KB | Audio | |
| | D@KaZaA | rappy24k+2pacfeatbigpunimarider.mp3 | Tupac, Big Pun | 2,511KB | Audio | |
| | D@KaZaA | 07 - deadly habits.mp3 | Gangstarr | 5,989KB | Audio | |
| | D@KaZaA | nas - not going back.mp3 | Nas | 5,468KB | Audio | |
| | D@KaZaA | Pop - Cranberries - Dream.mp3 | Cranberries | 3,192KB | Audio | |
| | D@KaZaA | Biggie-Come on Muthafuckas (2).mp3 | Notorious B.I.G | 3,234KB | Audio | Cor |
| | D@KaZaA | Nina Simone - Chain Gang.mp3 | Nas | 2,387KB | Audio | |
| | D@KaZaA | nas - the ruling is over.mp3 | nas (NEW!!!) | 3,314KB | Audio | |
| | D@KaZaA | Nas - Streets Disciple.mp3 | Nas | 3,772KB | Audio | |
| | D@KaZaA | voice of theory -say it -(espanol).mp3 | voices of theory | 3,138KB | Audio | |
| | D@KaZaA | 14-Styles (feat. Jadakiss).mp3 | Styles | 3,673KB | Audio | Sty |
| | D@KaZaA | (Nas) - One Plus One.mp3 | (Nas) | 2,609KB | Audio | |
| | D@KaZaA | 13-duns_n_kikos-lsp.mp3 | J Love Presents Mobb De... | 2,574KB | Audio | |
| | D@KaZaA | big_punisher-11-wrong_ones-rns.mp3 | Big Pun | 2,923KB | Audio | |
| | D@KaZaA | Nas - Teenage Thug.mp3 | Nas | 3,820KB | Audio | |
| | D@KaZaA | track03 (2).mp3 | Jadakiss | 4,651KB | Audio | |
| | D@KaZaA | Nas - god's son - 03 - Hustler and Killer.mp3 | Nas | 3,933KB | Audio | |
| | D@KaZaA | DMX - Grim reaper.mp3 | DMX | 2,060KB | Audio | |
| | D@KaZaA | 50 Cent - Thicker Then Water.mp3 | 50 Cent | 3,594KB | Audio | 1 |
| | D@KaZaA | Emiem UnderGround-- Soul Cabiler, Zelda.mp3 | Eminem | 3,755KB | Audio | |
| | D@KaZaA | BIG PUN-PASS THE GLOCK.mp3 | Big Pun | 3,787KB | Audio | |
| | D@KaZaA | 50 cent - n.y.p.d..mp3 | 50 Cent | 3,943KB | Audio | |
| | D@KaZaA | Nas - In Too Deep.mp3 | Nature and Nas | 2,632KB | Audio | |
| | D@KaZaA | Tony Touch.mp3 | Big Pun | 3,342KB | Audio | South Bro |
| | D@KaZaA | dj kay slay - Capone.mp3 | DJ Kay Slay | 4,607KB | Audio | Quee |
| | D@KaZaA | cormega - r u my nigga (instrumental).mp3 | Instrumentals | 3,126KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files



























**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | Track 07.mp3 | Eminem _DJ Green Lante... | 3,326KB | Audio | Welc |
| D@KaZaA | Track 5.mp3 | DJ Green Lantern | 4,328KB | Audio | Fat Joe/Emine |
| D@KaZaA | Track07.mp3 | Mobb Deep | 4,596KB | Audio | |
| D@KaZaA | Like This N Like That.mp3 | Eminem/50 Cent/G-Unit | 3,287KB | Audio | L |
| D@KaZaA | big mike-6.mp3 | Nas | 4,321KB | Audio | |
| D@KaZaA | Shyne - To the King of New York.mp3 | Shyne, DJ Green Lantern | 3,243KB | Audio | To th |
| D@KaZaA | Cassidy - The Problem.wma | Cassidy | 2,563KB | Audio | |
| D@KaZaA | Track 11.mp3 | Eminem _DJ Green Lante... | 2,860KB | Audio | |
| D@KaZaA | 06 Lloyd Banks Freestyle.wma | DJ Green Lantern | 1,816KB | Audio | |
| D@KaZaA | b18.mp3 | Styles P | 1,785KB | Audio | |
| D@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,785KB | Software | |
| D@KaZaA | 16-jay-z-heart_of_the_city-wcr.mp3 | Kanye West | 3,624KB | Audio | Hea |
| D@KaZaA | jenna jameson - anal fuck (porn 4 of 5).mpg | ADULT | 3,462KB | Video | It l |
| D@KaZaA | It Don't Mean a Thing.mp3 | Louis Armstrong _Duke Ell... | 3,804KB | Audio | It l |
| D@KaZaA | Nas - Talk Of New York (1).mp3 | Nas | 4,714KB | Audio | |
| D@KaZaA | Got You Shook.mp3 | Cassidy | 2,237KB | Audio | |
| D@KaZaA | Monica-Angel Of Mine.Mp3 | Monica | 3,417KB | Audio | |
| D@KaZaA | How To Make a Woman Orgasm (1).rtf | Unknown | 15KB | Document | How To Make a |
| D@KaZaA | Wu-Tang-clan_Aint-nothing-to-fuck-with.mp3 | WuTang | 3,375KB | Audio | |
| D@KaZaA | CNN - The Reunion - 018 - You Can't Kill Me (1).mp3 | Capone N Noreaga | 3,874KB | Audio | |
| D@KaZaA | 3T - Anything.mp3 | 3T | 4,062KB | Audio | |
| D@KaZaA | g unit radio part 5 18.mp3 | Tony Yayo | 1,248KB | Audio | |
| D@KaZaA | 11-damian_marley-road_to_zion.mp3 | Damian Marley | 3,897KB | Audio | Road |
| D@KaZaA | Slam Videos - Asian Anal Porn.wmv | XXX | 5,197KB | Video | |
| D@KaZaA | loyd banks _Tony Yayo - Tru (1).mp3 | Dj Whoo Kid | 2,851KB | Audio | |
| D@KaZaA | Bush- Machinehead.mp3 | Bush | 3,006KB | Audio | |
| D@KaZaA | Instramental cnn (1).mp3 | Instrumental | 3,472KB | Audio | Freestyle- Ins |
| D@KaZaA | 03 50Cent - Im Supposed To Die Tonight.mp3 | 50 Cent | 3,612KB | Audio | 03 50Cent - Im Suppc |
| D@KaZaA | Los Herederos _Los Toros BAND - Olvidala (NUEVO).mp3 | Los heredero | 4,495KB | Audio | |
| D@KaZaA | Los Toros band - Y Es Que Sin Ti.mp3 | Los Toros Band | 3,700KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files







**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type | |
|------|-|----------|--------|------|-----------|-|
| D@KaZaA | | Malafe - La chivita.mp3 | Mala Fe | 3,766KB | Audio | |
| D@KaZaA | | 50 cent= Poor Lil Rich.mp3 | 50 Cent | 3,128KB | Audio | |
| D@KaZaA | | 50 Cent - 50 Shot Ya.mp3 | 50 Cent | 3,560KB | Audio | |
| D@KaZaA | | Instrumental - 50 Cent - The Good Die Young.mp3 | (Instramental) Wu Tang C.. | 5,732KB | Audio | T |
| D@KaZaA | | RAP_Biggy - Juicey.mp3 | Notorious B.I.G. | 4,130KB | Audio | |
| D@KaZaA | | Emminem - Zelda Rap Mix.mp3 | Eminem | 3,672KB | Audio | |
| D@KaZaA | | Eminem ft High and Mighty - The last hit.mp3 | Eminem | 4,051KB | Audio | |
| D@KaZaA | | Eminem - Till Hell Freezes Over.mp3 | Eminem | 3,070KB | Audio | Til |
| D@KaZaA | | Shyne - Niggas Gonna Die.mp3 | Shyne | 3,042KB | Audio | |
| D@KaZaA | | CANIBUS__BIG_PUN__CAMRON__N.MP3 | Noreaga Canibus Big Pun... | 4,836KB | Audio | |
| D@KaZaA | | NOREGA - MATHEMATICS(ESTA LOCA).MP3 | Noreaga | 3,176KB | Audio | Mathe |
| D@KaZaA | | Freestyle - Nas, Nature, Capone, Norega.mp3 | Nas, Noreaga, Nature, C... | 4,758KB | Audio | Freestyle - Nas, Noreag |
| D@KaZaA | | CNN - The Reunion - 008 - Fuck Wit Us.mp3 | Capone-N-Noreaga | 4,168KB | Audio | |
| D@KaZaA | | Big Pun f. Noreaga- You Came Up.mp3 | Big Punisher | 3,652KB | Audio | You Ca |
| D@KaZaA | | norega and capone- TONY.mp3 | Capone-N-Noreaga | 4,177KB | Audio | T.O.N.Y |
| D@KaZaA | | r.o.c - freeway ft 50 cent, nore - wishin on a star .mp3 | 50 Cent, NORE, Freeway | 3,132KB | Audio | Wish |
| D@KaZaA | | CNN - Blood Money.MP3 | Noreaga | 3,574KB | Audio | |
| D@KaZaA | | Capone n Noreaga ft. Nas - Blood Money Part 2.mp3 | Capone and Noreaga | 4,564KB | Audio | |
| D@KaZaA | | CNN ft. Foxy Brown - Bang Bang (Lil Kim Dis) - fizz116.mp3 | CAPONE-N-NOREAGA | 4,194KB | Audio | Bang |
| D@KaZaA | | Jay-Z-Volume 1...In My Lifetime-Track 05.mp3 | Jay-Z | 2,798KB | Audio | S |
| D@KaZaA | | 12 - Black Gangsta.mp3 | Jay-Z | 3,071KB | Audio | |
| D@KaZaA | | artist - Track 12_0112170218 (1).mp3 | Method Man feat DMX | 4,298KB | Audio | |
| D@KaZaA | | Slow Jams - Jodeci - Lately.mp3 | Divine | 3,548KB | Audio | |
| D@KaZaA | | I Miss You ft .mp3 | DMX | 3,312KB | Audio | I Miss |
| D@KaZaA | | Method Man _Mary J Blige - All That I Need.mp3 | Mary J. Blige feat. Metho... | 4,840KB | Audio | |
| D@KaZaA | | Kc _Jojo - Tell Me It's Real.mp3 | K-Ci _JoJo | 5,183KB | Audio | |
| D@KaZaA | | GangStar - Royalty.mp3 | Gang Starr | 3,954KB | Audio | |
| D@KaZaA | | 03-snoop_dogg-stoplight-esc.mp3 | Snoop Dogg | 6,246KB | Audio | |
| D@KaZaA | | 06-snoop_dogg-lollipop_(ft_jay-z_soopafly_nate_dogg)-es.. | Snoop Dogg | 5,364KB | Audio | Lollipop (Ft |
| D@KaZaA | | Ganastarr - All For The Cash mp3 mp3 | Ganastarr | 3,346KB | Audio | |

Found 1845 files                    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)        Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | D@KaZaA | 06-snoop_dogg-lollipop_(ft jay-z_soopafly_nate_dogg)-es.. | Snoop Dogg | 5,364KB | Audio | Lollipop (Ft |
| | D@KaZaA | Gangstarr - All For The Cash.mp3.mp3 | Gangstarr | 2,346KB | Audio | |
| | D@KaZaA | 07-50_cent_feat._young_buck-right_thurr-whoa.mp3 | 50 Cent Feat. Young Buck | 2,983KB | Audio | |
| | D@KaZaA | Cassidy - Hold That.mp3 | Cassidy | 2,938KB | Audio | |
| | D@KaZaA | Freestyle - Lil Wayne (Rocafella Diss).mp3 | Lil Wayne | 5,552KB | Audio | Lil Way |
| | D@KaZaA | 50cent , styles.p , scarface - the most hated.mp3 | Styles Feat. 50 Cent .Sc... | 3,554KB | Audio | |
| | D@KaZaA | Copy of Lil Wayne - song cry (freestyle).mp3 | Lil Wayne f/ Squad Up | 3,049KB | Audio | s |
| | D@KaZaA | NSync - I Want You Back.mp3 | N*SYNC | 3,164KB | Audio | |
| | D@KaZaA | 18-mobb_deep_feat._big_noyd-shoot_em_up_part_2-wh... | Mobb Deep Feat. Big Noyd | 5,004KB | Audio | s |
| | D@KaZaA | Mobb Deep - Mobb Of Steel.mp3 | Mobb Deep | 3,685KB | Audio | Mobb ol |
| | D@KaZaA | DJ Kay Slay Street Justice 16 - Big Noyd - Bang Bang.mp3 | Big Noyd | 4,195KB | Audio | |
| | D@KaZaA | Red Hot Chili Pepers - Other Side.mp3 | Red Hot Chili Peppers | 2,999KB | Audio | |
| | D@KaZaA | Red Hot Chilly Pepers - Under The Bridge.mp3 | Red Hot Chilli Peppers | 3,613KB | Audio | |
| | D@KaZaA | Lox-The heist.mp3 | Styles P | 2,670KB | Audio | |
| | D@KaZaA |  - Track37.mp3 | 50 Cent, Tony Yayo ,Llo... | 2,631KB | Audio | |
| | D@KaZaA | 50 Cent - Face Down.mp3 | Tony Yayo | 2,525KB | Audio | |
| | D@KaZaA | red hot chilli pepers-californiacation.mp3 | Red Hot Chili Peppers | 5,507KB | Audio | |
| | D@KaZaA | Jay-z Black album freestyle-Blunts and Armondale.mp3 | Jay Z | 2,451KB | Audio | Blunts And / |
| | D@KaZaA | (08) Nas - Purple.mp3 | Nas | 3,431KB | Audio | |
| | D@KaZaA | Nas - silent murder (unreleased).mp3 | Nas | 3,195KB | Audio | |
| | D@KaZaA | Slumber Party 1.mpg | kermit | 3,392KB | Video | |
| | D@KaZaA | 12-Swizz 'N 4 Beats by_ Swizzfeat. Shyne_Styles.mp3 | Swiizz  Ft Shyne _Styles P | 3,433KB | Audio | |
| | D@KaZaA | 50 Cent - Ya Heard Meh.mp3 | 50 Cent | 3,645KB | Audio | |
| | D@KaZaA | 50 cent - Streets Of Ny.mp3 | 50 Cent | 2,979KB | Audio | |
| | D@KaZaA | (50 Cent) - Many Men (Instrumental).mp3 | INSTRUMENTALS | 3,046KB | Audio | Many I |
| | D@KaZaA | (smr)final_destination_2-ts(1of2).avi | TMD | 186,448KB | Video | (SmR)Final_Dest |
| | D@KaZaA | Prodigy of Mobb Deep ft. BG of the Hot Boys - YBE (Young... | Prodigy of Mobb Deep ft.... | 4,092KB | Audio | Young B |
| | D@KaZaA | Talib Kweli - Great Expectations.mp3 | Talib Kweli | 3,260KB | Audio | |
| | D@KaZaA | 08-jay_z-lazer_in_your_ear_freestyle-wcr.mp3 | Jay Z | 3,613KB | Audio | Lazer In |
| | D@KaZaA | Big Noyd - Air It Out.mp3 | Big Noyd | 4,856KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files



# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | 08-jay_z-lazer_in_your_ear_freestyle-wcr.mp3 | Jay Z | 3,613KB | Audio | Lazer In |
| D@KaZaA | Big Noyd - Air It Out.mp3 | Big Noyd | 4,856KB | Audio | |
| D@KaZaA | What's The Difference.MP3 | Jae Hood f. Jadakiss, Sh... | 4,008KB | Audio | Wha |
| D@KaZaA | J Hood feat. Sheek - Nah.mp3 | Jae Hood feat. Sheek | 3,713KB | Audio | |
| D@KaZaA | Jadakiss - FLOW (unreleased) -.mp3 | jadakiss | 2,702KB | Audio | |
| D@KaZaA | Big Noyd - Nas+++++ Hardest Thing To Do Is Stay Alive.... | Nas | 3,531KB | Audio | Nas+++++ Hardest Thing |
| D@KaZaA | LOX AND JAE HOOD - BEST OF D-BLOCK - Track 1 - HIP H... | J HOOD KOOL KID | 2,826KB | Audio | Freesl |
| D@KaZaA | G-Depp- Child Of The Ghetto (Instrumental).mp3 | G Dep | 3,689KB | Audio | C |
| D@KaZaA | 03-lox_ft_sheek_styles_p_jhood_jadakiss-d_block_bu.mp3 | lox ft sheek styles p jhood.. | 5,116KB | Audio | |
| D@KaZaA | Busta Rhymes - Woo Ha.mp3 | Busta Rhymes | 4,313KB | Audio | |
| D@KaZaA | Stevie B + Cynthia - Dreamboy Dreamgirl.mp3 | Cynthia _Johnny O | 4,068KB | Audio | Dre |
| D@KaZaA | [xxx] Ass Virgins.mpeg | 8th Street Latinas | 63,391KB | Video | Assfuck - Bikini |
| D@KaZaA | Stevie B - Spring Love.mp3 | Stevie B | 4,807KB | Audio | |
| D@KaZaA | FREESTYLE _DANCE_JOHNNY O - Fantasy Girl (Club Mix) ... | Stevie B | 4,007KB | Audio | Fan |
| D@KaZaA | big pun - freestyle.mp3 | Big Pun | 1,981KB | Audio | |
| D@KaZaA | 08-nas-book_of_rhymes_(instrumental)-cms.mp3 | Nas | 5,451KB | Audio | Book of Rhy |
| D@KaZaA | Shai - If I Ever Fall (Acapella) (1).mp3 | SHAI | 2,955KB | Audio | If I |
| D@KaZaA | Voices of Theory - Say It.mp3 | Voices of Theory | 4,150KB | Audio | |
| D@KaZaA | nas - nas is like.mp3 | Nas | 5,547KB | Audio | |
| D@KaZaA | (smr)final_destination_2-ts(2of2).avi | TMD | 128,894KB | Video | (SmR)Final_Dest |
| D@KaZaA | Son By Four - Purest Of Pain (Full English) (1).mp3 | Son By Four | 3,600KB | Audio | Purest O |
| D@KaZaA | (The Firm feat. Canibus) Desparados.mp3 | Nas, Az, Cannibus | 4,171KB | Audio | |
| D@KaZaA | Nas feat Scarface Favor for a Favor.mp3 | Nas Feat Scar Face | 3,850KB | Audio | |
| D@KaZaA | Various Artists - To' Mixeao' - Clasicos Merengue Hits - 08 -... | Merengue Megamix | 5,080KB | Audio | |
| D@KaZaA | DMX - It's dark and Hell is hot - 07 - Track 7.mp3 | DMX | 3,968KB | Audio | |
| D@KaZaA | Hip Hop - Eminem - Underground - Scam - Green And Gold.... | Eminem | 4,555KB | Audio | |
| D@KaZaA | 04-nas-last_real_nigga_alive_(instrumental)-cms.mp3 | Nas | 7,180KB | Audio | Last Real N |
| D@KaZaA | nature-05-the_ultimate_high-rns.mp3 | Nature | 4,665KB | Audio | |
| D@KaZaA | Mobb Deep - Final Destination.mp3 | Nas, Havoc, 50 Cent, Bus.. | 4,194KB | Audio | |
| D@KaZaA | CNN - War Report - Parole Violators mp3 | Capone, N, Noreaga | 3,341KB | Audio | |



















**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download        Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | instrumental-beatnuts-no_escapin_this.mp3 | Instrumentals | 5,411KB | Audio | No Escapin |
| D@KaZaA | instrumental-High All the Time.mp3 | 50 Cent | 4,278KB | Audio | High All The 1 |
| D@KaZaA | Instrumentals - 50 Cent - What Up Gangsta.mp3 | 50 Cent | 2,869KB | Audio | What Up Ga |
| D@KaZaA | Instrumentals - Cold as Ice.mp3 | Neptunes feat The Clipse | 4,592KB | Audio | Cold as |
| D@KaZaA | Instrumentals - Cormega- You Dont Want it.mp3 | Cormega | 4,200KB | Audio | U Dont Wa |
| D@KaZaA | Instrumentals - DMX - aint no sunshine.mp3 | DMX | 4,970KB | Audio | Ain't No Suns |
| D@KaZaA | instrumentals - Drag On Ft Twista - Twisted Heat.mp3 | Swizz beats | 4,394KB | Audio | Twisted |
| D@KaZaA | Instrumentals - Eminem - Love Me.mp3 | Obie Trice, Eminem _50 ... | 4,450KB | Audio | Love |
| D@KaZaA | Instrumentals - Goodie Mob - Cell Therapy.mp3 | DJ Premier Goodie Mob | 4,396KB | Audio | Cell Ther |
| D@KaZaA | Instrumentals - Jay-Z - Renegade(real).mp3 | Jay-Z_ft_Eminem | 7,962KB | Audio | renega |
| D@KaZaA | Instrumentals - Lost Boys - Renee' .mp3 | instrumental | 4,595KB | Audio | Rer |
| D@KaZaA | instrumentals - mobb deep Burn.mp3 | instrumentals | 6,033KB | Audio | |
| D@KaZaA | Instrumentals - Rap Beats- 08.mp3 | AZ | 3,008KB | Audio | |
| D@KaZaA | Instrumentals - Training Day.mp3 | Jadakiss f. Holiday Styles... | 1,647KB | Audio | Training [ |
| D@KaZaA | Instrumentals GangStarr- Full Clip (DJ Premier).mp3 | GangStarr | 3,371KB | Audio | Fu |
| D@KaZaA | Instrumentals Tupac Hit em Up 2.mp3 | 2pac | 2,641KB | Audio | Hit Em |
| D@KaZaA | Instrumentals- Gang starr - royalty.mp3 | Gangstarr | 2,899KB | Audio | Roy |
| D@KaZaA | instrumentals- Raekwon f Ghostface - Criminology.mp3 | Instrumental-Wu-Tang Cl... | 3,686KB | Audio | |
| D@KaZaA | Instrumentals--biggie Smalls - Dead Wrong (instrumental).... | Instrumentals--biggie Smal.. | 2,766KB | Audio | Dead Wr |
| D@KaZaA | Instrumentals--Nas - Dr. Knockboots (instrumental).mp3 | Instrumental | 2,268KB | Audio | Dr. Knockb |
| D@KaZaA | Instrumentals-Black Rob-Whoa!.mp3 | Black Rob | 3,809KB | Audio | Wt |
| D@KaZaA | instrumentals_puff daddy and r kelly_satisfy you.mp3 | Puff Daddy _R Kelly | 3,962KB | Audio | Satisfy |
| D@KaZaA | Instrumental_Eminem_ft_dmx_and_obie_trice-02-go_to_sl... | rap Instrumentals | 4,206KB | Audio | |
| D@KaZaA | instrumetal Method Man - Judgement Day.mp3 | WU TANG, Method Man | 1,046KB | Audio | Judgement |
| D@KaZaA | Ja Rule - RAINY DAYS!!!!!!!!!!!.mp3 | Mary J Blige ft. Ja Rule | 4,320KB | Audio | |
| D@KaZaA | Jackass The Movie.mpg | kingheners | 799,303KB | Video | |
| D@KaZaA | Jadakiss - 06 - Show Discipline featuring Nas.mp3 | Show Discipline (Nas) | 4,015KB | Audio | |
| D@KaZaA | Jadakiss - kiss the game goodbye - 15 - some niggas (Boun... | Styles And Jadakiss | 6,141KB | Audio | |
| D@KaZaA | Jae Hood _Cassidy - Ruff Ryder All Star Freestyle.mp3 | 05-ruff_ryders_ft_jhood_... | 12,664KB | Audio | Ruff Ryde |
| D@KaZaA | Jae Hood _Sheek - Freestyle (DJ Don Wop).mp3 | Jae Hood, Sheek | 3,546KB | Audio | Freestyle/S |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files















Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | 10-lloyd_banks-snake_freestyle-swe (1).mp3 | Lloyd Banks | 2,300KB | Audio | |
| D@KaZaA | G_Unit_Radio_International_Ballers-2003-07-lloyd_banks_f.. | Lloyd Banks Ft Snoop | 4,370KB | Audio | Stor |
| D@KaZaA | Lloyd Banks-Story To Tell.mp3 | Lloyd Banks | 3,550KB | Audio | Stor |
| D@KaZaA | Alicia Keys - New York State of Mind.mp3 | Alicia Keys Feat. Nas _R... | 6,493KB | Audio | |
| D@KaZaA | Nas - From Illmatic to Stillmatic - 03 - It Ain't Hard to Tell (R... | Nas | 2,702KB | Audio | It Ain't H |
| D@KaZaA | The Firm f. Foxy Brown, Cormega, AZ, _Nas - Affirmative... | Nas | 3,890KB | Audio | Affirma |
| D@KaZaA | Nas - 04 - Street Dreams feat r kelly (remix) - simplemp3s... | Nas | 6,892KB | Audio | Street Dre |
| D@KaZaA | 24-dirty_red_feat_sheek-dump_truck-wcr.mp3 | Dirty Red Feat Sheek | 4,828KB | Audio | |
| D@KaZaA | 03-50_cent-what_ya_like_what_ya_need-swe.mp3 | 50 cent | 5,194KB | Audio | what ya |
| D@KaZaA | Sheik - Where Do I Begin.mp3 | Sheek | 3,090KB | Audio | |
| D@KaZaA | Styles and Sheek-Go get your gunz.mp3 | DJ Kay Slay | 3,720KB | Audio | Go get you |
| D@KaZaA | AZ ft Naz - How Ya Livin'.mp3 | AZ and Nas | 4,220KB | Audio | |
| D@KaZaA | Beanie Sigel _Memphis Bleek - Just Fire (Instrumental).mp3 | Instrumentals | 3,872KB | Audio | Just |
| D@KaZaA | Mobb Deep- Gun Sling.mp3 | Mobb Deep | 3,713KB | Audio | |
| D@KaZaA | 06-obie_trice_50_cent-im_a_hustla-wcr.mp3 | Obie Trice, 50 Cent | 4,268KB | Audio | |
| D@KaZaA | Nas - Heaven.mp3 | Nas | 6,476KB | Audio | Hea |
| D@KaZaA | 08-dmx-bring_the_noize-rns.mp3 | DMX | 4,928KB | Audio | |
| D@KaZaA | [02] Beanie Sigel - The Truth (instrumental).mp3 | instrumentals | 3,885KB | Audio | The T— |
| D@KaZaA | Intrumentals - Timbaland - resolution.mp3 | DJ BOOM | 1,625KB | Audio | AALIYAH RESOLUTIOI |
| D@KaZaA | Styles P.-A Gangsta _A Gentlemen-Retail-07-Lick Shots Ft.... | Styles P. | 4,134KB | Audio | Lick Shots Fl |
| D@KaZaA | 06-noreaga styles-i come thru-cms.mp3 | Styles P_Nore | 3,396KB | Audio | |
| D@KaZaA | roc ya body - stagga lee.mp3 | Stagga Lee | 6,505KB | Audio | Roc ya bc |
| D@KaZaA | Eminem-invasion- (muder inc diss).mp3 | eminem | 3,488KB | Audio | The Realeast (green lantern invasi |
| D@KaZaA | R Kelly --- I Wish Remix.mp3 | R. Kelly | 4,970KB | Audio | |
| D@KaZaA | Eminem, D12, DJ Green Lantern - Keep Talkin.mp3 | Eminem, D12, DJ Green L... | 5,936KB | Audio | Keep T |
| D@KaZaA | DJ Premier (Primo) ft. The Lox - Recognize (Instrumental).... | instrumentals | 3,121KB | Audio | Recog |
| D@KaZaA | Instrumental-Red _Meth- Y.O.U..mp3 | Method Man And Redman | 3,205KB | Audio | Y.C |
| D@KaZaA | 03-dmx-ruled_out_(diss_record)-whoa.mp3 | DMX | 4,219KB | Audio | Ruled |
| D@KaZaA | Mark-Instrumentals-Neptunes - Southern Hospitality.mp3 | Instrumental | 4,030KB | Audio | S |
| D@KaZaA | Drag On ft DMX - Niggas Die For Me.mp3 | Drag On ft DMX | 3,625KB | Audio | |

Found 1845 files

2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)

Not sharing any files



**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| D@KaZaA | Mark-Instrumentals-Neptunes - Southern Hospitality.mp3 | Instrumental | 4,030KB | Audio |
| D@KaZaA | Drag-On ft DMX - Niggas Die For Me.mp3 | Drag-On ft DMX | 3,625KB | Audio |
| D@KaZaA | Nas - Illmatic - Half time.mp3 | Nas | 4,076KB | Audio |
| D@KaZaA | 50 Cent We Got Guns For Sale.mp3 | 50 Cent | 4,655KB | Audio |
| D@KaZaA | IT WAS WRITTEN-12-SHOOTOUT.mp3 | NAS | 3,532KB | Audio |
| D@KaZaA | Instrumentals - Talib Kweli feat.mp3 | Instrumental | 2,378KB | Audio |
| D@KaZaA | Talib Kweli - Get by inst.mp3 | Instrumentals | 5,275KB | Audio |
| D@KaZaA | Big L feat. Kid Capri - Put It On.mp3 | Big L ft. Kid Capri | 3,408KB | Audio |
| D@KaZaA | Hip Hop 2Pac _Biggie - Die Slow.mp3 | Tupac | 2,254KB | Audio |
| D@KaZaA | Tupac - Never Say Never- Unreleased.mp3 | tupac and Biggie | 3,487KB | Audio |
| D@KaZaA | Hip Hop Instrumentals - 03.MP3 | Instrumental (DMX _Drag... | 1,675KB | Audio |
| D@KaZaA | Tupac - Dear Mama.mp3 | Tupac | 4,372KB | Audio |
| D@KaZaA | 01 - Ballad Of A Dead Soulja.mp3 | Tupac | 4,023KB | Audio |
| D@KaZaA | 2pac - Until The End Of Time - High 'Til I die.mp3 | Tupac/Makaveli | 2,900KB | Audio |
| D@KaZaA | Tupac - Broken Wings.mp3 | 2Pac | 6,258KB | Audio |
| D@KaZaA | Instrumentals - 2pac - Dear Mama.mp3 | 2 Pac | 3,789KB | Audio |
| D@KaZaA | hip hop-2pac  When We Ride On Our Enemies.mp3 | 2pac | 3,256KB | Audio |
| D@KaZaA | Jay Z- The Dynasty Roc La Familia - 22 - Parkin Lot Pimpin ... | Jay Z | 2,298KB | Audio |
| D@KaZaA | instrumentals Jay-Z - A Million _1 Questions (Remix) Instr... | DJ Premier | 6,995KB | Audio |
| D@KaZaA | DMX feat. Funk Master Flex - Do You.mp3 | DMX feat. Funk Master Fl... | 3,657KB | Audio |
| D@KaZaA | Prodigy Of Mobb Deep-You Can Never Feel My Pain.mp3 | Prodigy Of Mobb Deep | 3,316KB | Audio |
| D@KaZaA | Eminem - Rock Bottom.mp3 | Eminem | 3,346KB | Audio |
| D@KaZaA | Instrumentals - big l f. dj premier.mp3 | INSTRAMENTALS | 3,815KB | Audio |
| D@KaZaA | instrumentals- HIPHOP - dj_premier-above_the_cloudz.mp3 | DJ Premier (Gangstarr) | 2,670KB | Audio |
| D@KaZaA | DMX - Who We Be.mp3 | DMX | 3,979KB | Audio |
| D@KaZaA | Big L f. Gangstarr - On The Mic.mp3 | Big L f. Gangstarr | 3,770KB | Audio |
| D@KaZaA | Styles - My Life (instrumental) (1).mp3 | instrumentals | 3,071KB | Audio |
| D@KaZaA | DMX - Grand Champ - 09 - Untouchables.mp3 | DMX | 8,568KB | Audio |
| D@KaZaA | Dr. Dre and Snoop Doggie Dog - Gin and Juice.mp3 | Dr.Dre and Snoop Dogg | 2,891KB | Audio |
| D@KaZaA | Nas - New York State of Mind.mp3 | Nas | 3,446KB | Audio |

Found 1845 files | 2,237,758 users online, sharing 203,077,861 files (14,461,440 GB) | Not sharing any files











# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | D@KaZaA | Jada Kiss - Blood Pressure.mp3 | Lox | 3,535KB | Audio | |
| | D@KaZaA | Jadakiss _Styles P - Dope Money.mp3 | LOX | 4,112KB | Audio | |
| | D@KaZaA | Jay-Z - So Ghetto.mp3 | Jay-Z | 3,758KB | Audio | |
| | D@KaZaA | 104-nas-last_real_nigga_alive-rns.mp3 | Nas | 7,150KB | Audio | La |
| | 2 Users | Nas - The Second Coming.mp3 | Nas | 5,034KB | Audio | The Se |
| | D@KaZaA | nas - Im a Villain.mp3 | Nas | 4,059KB | Audio | |
| | D@KaZaA | DMX - Damien.mp3 | DMX | 3,470KB | Audio | |
| | D@KaZaA | Jay-Z - Rap Game-Crack Game (1).mp3 | Jay-Z | 1,920KB | Audio | Rap |
| | D@KaZaA | Jay-Z-Volume 1...In My Lifetime-Track 10.mp3 | Jay-z | 2,481KB | Audio | |
| | D@KaZaA | 11-Drag-On_and_Jadakiss-Tell_Your_Friends-0MNi.mp3 | Drag-On and Jadakiss | 4,759KB | Audio | |
| | D@KaZaA | 17-snoop_dogg-you_got_what_i_want_(ft_ludacris_g_loc)... | Snoop Dogg | 5,075KB | Audio | You Got What |
| | D@KaZaA | Its Dark And Hell Is Hot -- #10 (DMX) Hows It Goin Down.... | DMX | 4,428KB | Audio | |
| | D@KaZaA | 11 - Life Is What YouMake It.mp3 | Nas f./ DMX | 3,825KB | Audio | Life Is |
| | D@KaZaA | mobb deep - double shots.mp3 | Mobb Deep | 4,760KB | Audio | |
| | D@KaZaA | Mobb Deep - Hell On Earth.mp3 | Mobb Deep | 4,285KB | Audio | |
| | D@KaZaA | Drag-on ft Swiss Beats- Spit These Bars.mp3 | Drag-On | 2,634KB | Audio | |
| | D@KaZaA | Drag On ft Jadakiss - Opposite Of H2O.mp3 | Drag-On | 3,446KB | Audio | |
| | D@KaZaA | Mobb Deep - Drop A Gem On 'Em.mp3 | Mobb Deep | 4,035KB | Audio | |
| | D@KaZaA | Cormega - The Saga (1).mp3 | Cormega | 3,755KB | Audio | |
| | D@KaZaA | Cormega - Who Can You Trust.mp3 | Cormega | 2,844KB | Audio | |
| | D@KaZaA | Shyne - The Life.mp3 | Shyne | 4,951KB | Audio | |
| | D@KaZaA | Shyne - Life Or Death (Unreleased).mp3 | Shyne (Unreleased) | 4,734KB | Audio | |
| | D@KaZaA | Shyne - The Hit.mp3 | Shyne | 2,848KB | Audio | |
| | D@KaZaA | Juelz Santana - Who Am I (Instrumental).mp3 | J-Armz | 2,931KB | Audio | Who A |
| | D@KaZaA | 2pac (Makaveli)- Resurrection (08)- In His Own Wordz.mp3 | 2Pac | 3,776KB | Audio | |
| | D@KaZaA | Gang Starr - Take Two And Pass.mp3 | GangStarr | 3,088KB | Audio | |
| | D@KaZaA | Michael Jackson - Butterflies.mp3 | Michael Jackson | 4,378KB | Audio | |
| | D@KaZaA | Emminem _Biggie smalls- Freestyle.mp3 | Eminem and BIG | 2,414KB | Audio | Wake U |
| | D@KaZaA | Asian Pornstar Lesbos.mpg | Unknown | 15,100KB | Video | Jackass m |
| | D@KaZaA | 50 cent - The Truth (Diss on the Industry).mp3 | Unknown | 3,090KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files







# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| D@KaZaA | 05-pitch_black-its_all_real_(instrumental)-cms.mp3 | Pitch Black | 5,445KB | Audio | It's All F |
| D@KaZaA | 10-jay_z-my_name_is_hov-dta.mp3 | Jay Z | 4,056KB | Audio | |
| D@KaZaA | Mobb Deep, Rakim - Hoodlum (instrumental).mp3 | Rap-Instrumentals | 3,962KB | Audio | Hood |
| D@KaZaA | Joy Enriquez - Do You Miss Me.mp3 | Jocelyn Enriquez | 2,998KB | Audio | |
| D@KaZaA | Wayne Wonder feat.CNN _Mr Lex - Anything Goes.mp3 | Wayne Wonder, CNN, Mr... | 5,718KB | Audio | |
| D@KaZaA | Andre 3000 - Hey Ya.mp3 | Outkast | 4,899KB | Audio | |
| D@KaZaA | Fugees - Fu-Gee-La.mp3 | Fugees | 4,063KB | Audio | |
| D@KaZaA | 01-pharoahe_monch_ft_styles_p.-my_life-sse.mp3 | Pharoahe Monch | 3,923KB | Audio | M |
| D@KaZaA | Biggie Smalls - Respect.mp3 | Notorious B.I.G. | 5,026KB | Audio | |
| D@KaZaA | Biggie Smalls - Unbelievable.mp3 | Notorious BIG | 3,496KB | Audio | |
| D@KaZaA | Big L feat. Tupac - Deadly Combonation.mp3 | Big L feat. Tupac | 2,394KB | Audio | Dd |
| D@KaZaA | Big L - Children of the Corn feat Mase _Big L - American D... | Big L | 3,988KB | Audio | |
| D@KaZaA | Big L - Street Struck.mp3 | Big L | 3,898KB | Audio | |
| D@KaZaA | 02-nas_feat._pharell-the_flyest_(instrumental)-wcr.mp3 | (Instrumentals) | 5,230KB | Audio | The Flyest |
| D@KaZaA | Mobb Deep _Nas - street kings.mp3 | Nas | 2,932KB | Audio | |
| D@KaZaA | Nas - Purple (Instrumental).mp3 | Instrumentals | 1,884KB | Audio | Pu |
| D@KaZaA | instrumentals - nas and nature-in too deep.mp3 | Nas _Nature | 4,533KB | Audio | In Too D |
| D@KaZaA | Redman - freestyles.mp3 | Redman | 2,858KB | Audio | |
| D@KaZaA | 08-jay-z-moments_of_clarity-wcr.mp3 | Instrumental | 4,396KB | Audio | |
| D@KaZaA | 01-jay-z-lyrical_exercise-rns.mp3 | Jay-Z | 3,695KB | Audio | |
| D@KaZaA | Loon - Down For Me (instrumental).mp3 | Loon | 6,255KB | Audio | Down Fo |
| D@KaZaA | Instrumentals - Biggie - Who shot ya.mp3 | Rap | 4,830KB | Audio | Who Sho |
| D@KaZaA | instrumental - rap beats 28 (1) (1).mp3 | 2pac f/ Nas | 2,226KB | Audio | |
| D@KaZaA | Jay-z feat. Nas - Dead Presidents (instrumental).mp3 | Jay-z | 3,353KB | Audio | Dead Presid |
| D@KaZaA | nature ft nas - the ultimate high instrumental.mp3 | *instrumentals | 5,932KB | Audio | The Ultimate |
| D@KaZaA | 02-everyday_gunplay-lsp.mp3 | J Love Presents Mobb De... | 5,504KB | Audio | |
| D@KaZaA | 09-jay-z-99_problems-wcr.mp3 | Jay-Z | 4,201KB | Audio | |
| D@KaZaA | Capone _Noreaga, Lake Luciano, Cormega - We Gon' Buck... | Lake 41st Side | 3,015KB | Audio | We Gon E |
| D@KaZaA | lauryn hill - x-factor.mp3 | Lauryn Hill | 5,102KB | Audio | |
| D@KaZaA | Jewel - You Were Meant For Me.mp3 | Jewel | 3,070KB | Audio | You |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files







**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | D@KaZaA | Mobb Deep - Where Ya From.mp3 | Mobb Deep | 3,788KB | Audio | |
| | D@KaZaA | Fat Joe-hustlin.mp3 | Big Pun, Nas, Lox | 3,130KB | Audio | Hustlin' (Fa |
| | D@KaZaA | nas - illmatic 10 - it aint hard to tell.mp3 | Nas | 3,157KB | Audio | |
| | D@KaZaA | Big Pun and Fat Joe - Enter the Arena of Terror Squad.mp3 | fat joe,big pun | 3,167KB | Audio | Enter the Are |
| | D@KaZaA | Jadakiss -Solo Album- Kiss Of Death.mp3 | Jadakiss | 4,363KB | Audio | |
| | D@KaZaA | Big Pun - Punish Me.mp3 | Big Pun | 2,984KB | Audio | |
| | D@KaZaA | DMX - Ain't No Way.mp3 | DMX | 4,518KB | Audio | |
| | D@KaZaA | Hip Hop Rap Instumental - piano_beat_2001 (1).mp3 | HIP HOP RAP INSTRUME... | 3,589KB | Audio | |
| | D@KaZaA | Yeah-Usher_f.LilJonLudacris.mp3 | Usher, Lil Jon, Ludacris | 5,829KB | Audio | |
| | D@KaZaA | 16 1, 2 Y'all.mp3 | Memphis Bleek | 8,098KB | Audio | 1, 2 Y'all (Feat. Jay-Z, |
| | D@KaZaA | Toxic.mp3 | Britney Spears | 3,200KB | Audio | |
| | D@KaZaA | Instrumentals - Big L - Devils Son.mp3 | Big L | 5,414KB | Audio | Devil's |
| | D@KaZaA | 03-memphis_bleek_ft_jayz_lil_cease_geda_k-1_2_yall_rem.. | instrumentals 4 | 7,971KB | Audio | 1,2 |
| | D@KaZaA | 02-jay-z-december_4th-wcr.mp3 | Jay-Z | 5,031KB | Audio | |
| | D@KaZaA | 02-jay-z-december_4-dta.mp3 | Jay Z | 6,417KB | Audio | |
| | D@KaZaA | Big Pun _Mr Serv-On - From NY to NO.mp3 | Big Pun _Mr. Serv-On | 2,752KB | Audio | |
| | D@KaZaA | 12-jay-z-lucifer-dta.mp3 | Jay Z | 4,502KB | Audio | |
| | D@KaZaA | Jay-Z - City Is Mine (instrumental).mp3 | Jay-Z | 3,850KB | Audio | City Is M |
| | D@KaZaA | jerry rivera - loco de amor.mp3 | Jerry Rivera | 4,372KB | Audio | |
| | D@KaZaA | Beenie Man - Bad Girl.mp3 | Beenie Man | 3,657KB | Audio | |
| | D@KaZaA | Rza - La Rhumba.mp3 | Rza | 4,147KB | Audio | La Rhumba - (feat |
| | D@KaZaA | (05) Nas - Stay Dreaming Stay Scheming.mp3 | Nas | 2,452KB | Audio | Stay Drean |
| | D@KaZaA | Big Punisher Feat Noreaga - You Came Up (instrumental).... | Big Pun | 4,800KB | Audio | You Cam |
| | D@KaZaA | Eminem _Rukus - We Shine.mp3 | Eminem | 4,723KB | Audio | |
| | D@KaZaA | Eminem - Infinite.mp3 | Eminem | 3,773KB | Audio | |
| | D@KaZaA | G-Unit Ft.mp3 | Eminem | 5,921KB | Audio | |
| | D@KaZaA | Nas- Destroy _Rebuild.mp3 | Nas | 5,065KB | Audio | D |
| | D@KaZaA | 05 - Evil That Men Do.mp3 | 50 Cent | 3,532KB | Audio | |
| | D@KaZaA | RAP-Methodman feat.mp3 | Method Man _D'Angelo | 3,466KB | Audio | |
| | D@KaZaA | CNN - Guns In Da Air.mp3 | Canone n Noreana | 3,886KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files





Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|---|
| D@KaZaA | Instrumental Big Pun- Beware.mp3 | Big Punisher | 4,519KB | Audio | Bu |
| D@KaZaA | mobbdeep-nobody likes me.mp3 | Mobb Deep | 3,832KB | Audio | |
| D@KaZaA | Mobb Deep - Retaliation.mp3 | Mobb Deep | 5,090KB | Audio | |
| D@KaZaA | Red Hot Chili Peppers - Under the Bridge.mp3 | Red Hot Chilli Peppers | 4,091KB | Audio | |
| D@KaZaA | Red Hot Chili Peppers - Scar Tissue.mp3 | Red Hot Chili Peppers | 3,396KB | Audio | |
| D@KaZaA | 08-lloyd_banks-boywonder-whoa.mp3 | Lloyd Banks | 1,873KB | Audio | |
| D@KaZaA | Royce Da 5-9 - Boom (Instrumental) (1).mp3 | instrumentals | 5,463KB | Audio | Rap |
| D@KaZaA | Jada Kiss feat Beanie Sigel - The Streets.mp3 | Jada Kiss feat Beanie Seg... | 4,016KB | Audio | |
| D@KaZaA | 02-lloyd_banks-kick_in_the_door-whoa.mp3 | Lloyd Banks | 2,514KB | Audio | |
| D@KaZaA | Beenie Siegel - In Da Club.mp3 | Beanie Segal | 4,098KB | Audio | |
| D@KaZaA | CNN - Closer.mp3 | Capone N Noreaga | 2,868KB | Audio | |
| D@KaZaA | Bennie Segal - The Truth.mp3 | Beanie Sigel | 2,914KB | Audio | |
| D@KaZaA | gangstarr - robin hood theory.mp3 | Gangstar | 3,492KB | Audio | |
| D@KaZaA | Backstage Soundtrack- DJ Clue- Mobb Deep _Noyd- The P... | Mobb Deep _Noyd | 3,438KB | Audio | |
| D@KaZaA | 50 Cent - Rotten Apple.mp3 | 50 Cent | 2,659KB | Audio | |
| D@KaZaA | 50 Cent _Madd Rapper- How To Rob.mp3 | 50 Cent | 4,154KB | Audio | |
| D@KaZaA | wu tang simple.mp3 | Wu-Tang Clan | 6,526KB | Audio | Car |
| D@KaZaA | Eminem - Business.mp3 | Eminem | 3,944KB | Audio | |
| D@KaZaA | Rap - Nas - New World.mp3 | Nas | 2,842KB | Audio | |
| D@KaZaA | D12 - No Rubber.mp3 | D12 Eminem | 1,949KB | Audio | |
| D@KaZaA | 04-2pac_feat home boys.mp3 | Tupac feat. Jadakiss, DMX | 4,023KB | Audio | |
| D@KaZaA | LOX ft. Styles _Sheek - Bust Your Gun.mp3 | The Lox | 3,878KB | Audio | |
| D@KaZaA | Eminem, Nas _DD - On The Look Out (8 Mile).MP3 | Nas | 4,697KB | Audio | |
| D@KaZaA | the loxs - fuck you.mp3 | The Lox | 5,798KB | Audio | |
| D@KaZaA | 19-styles_p-glory-c4.mp3 | Styles P | 2,635KB | Audio | |
| D@KaZaA | 07-lil_kim_feat_styles_p-get_in_touch_with_us-fua.mp3 | Lil Kim Feat Styles P | 4,373KB | Audio | G |
| D@KaZaA | Mos Def - Monster Music.mp3 | Cassidy | 6,141KB | Audio | Monster Mu |
| D@KaZaA | 07-raekwon-wild_out-tas.mp3 | raekwon | 4,736KB | Audio | |
| D@KaZaA | instrumental-Royce Da 5-9 - Boom.mp3 | Instrumentals | 3,642KB | Audio | Rap |
| D@KaZaA | Capone N Noreaga- The War Report- 08- Neua Die Alone | CNN | 3,192KB | Audio | |

Found 1845 files     2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)     Not sharing any files













Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download        Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| D@KaZaA | Loyd Bank and Tony Yayo Freestyle.mp3 | Lloyd Banks | 3,647KB | Audio | Put Your H |
| D@KaZaA | 17-50_cent_f_g-unit-and_it_dont_stop-tas.mp3 | 50 cent f/ tony yayo | 4,786KB | Audio | |
| D@KaZaA | Nas No Idea's Original 5.mp3 | Nas | 4,092KB | Audio | |
| D@KaZaA | Move Bitch Freestyle.wma | Lil' Wayne | 2,200KB | Audio | Move Bi |
| D@KaZaA | Alchemist ft. Havoc, Jae Hood, Styles P, _Noyd - D-Block ... | Alchemist ft. Havoc, Jae ... | 3,814KB | Audio | D-Blc |
| D@KaZaA | The Firm - La Familia.mp3 | Cormega feat Nas,AZ,Fo... | 3,291KB | Audio | |
| D@KaZaA | 11-tony_yayo_and_g-unit-reunion-0mni.mp3 | G Unit | 2,637KB | Audio | 11-tony_yayo_and_g |
| D@KaZaA | Tupac - How Do You Want It.mp3 | Tu Pac _Jodeci | 4,480KB | Audio | H |
| D@KaZaA | Firm Biz- Nas, Foxy Brown, AZ _Nature (1).mp3 | Nas, Foxy, AZ _Nature | 3,213KB | Audio | |
| D@KaZaA | Assasin Featuring Tupac - Real Bad Boys.mp3 | WC-2Pac | 2,773KB | Audio | |
| D@KaZaA | 02 2Pac - Sleep (Remix).mp3 | 2 Pac Ft 50 Cent | 2,819KB | Audio | |
| D@KaZaA | sheek_louch-how_many_guns-rns.mp3 | Sheek Louch | 5,085KB | Audio | |
| D@KaZaA | 02-lloyd_banks_feat.mp3 | Lloyd Banks Feat. Young ... | 6,189KB | Audio | |
| D@KaZaA | 20-jadakiss_ft._sheek_louch-my_buddy-c4.mp3 | Jadakiss ft. Sheek Louch | 2,343KB | Audio | |
| D@KaZaA | 03-sheek_louch-turn_it_up-rns (1) (1).mp3 | Sheek Louch | 6,187KB | Audio | |
| D@KaZaA | Sheek Louch ft. Jae Hood- D Block.mp3 | Sheek Louch | 4,972KB | Audio | D-Bl |
| D@KaZaA | Young Buck_ft._game-i_luv_da_hood-c4.mp3 | Young Buck ft. Game | 3,807KB | Audio | |
| D@KaZaA | Michael Jackson - Billie Jean.mp3 | Michael Jackson | 4,594KB | Audio | |
| D@KaZaA | Nas Escobar, Foxy Brown, AZ, and Nature - Firm Family.m... | Nas Escobar, Foxy Brown... | 3,748KB | Audio | |
| D@KaZaA | LiL Wayne-Bring It Back.mp3 | Lil Wayne | 4,160KB | Audio | |
| D@KaZaA | Blow it Out Remix.mp3 | Ludacris feat 50 Cent | 3,806KB | Audio | |
| D@KaZaA | twista_feat._camron__50_cent-overnight_celebrity_(re-w... | Twista Feat. Cam'ron / 50.. | 4,012KB | Audio | Overnight |
| D@KaZaA | AZ - The Essence ft. Nas.mp3 | AZ | 1,634KB | Audio | T |
| D@KaZaA | 02-50 Cent Ft G-Unit - After My Cheddar.mp3 | 50 Cent | 1,957KB | Audio | |
| D@KaZaA | 11-nas-my_niggas_ft_az-bke.mp3 | Nas | 4,809KB | Audio | |
| D@KaZaA | Big Pun - Super Lyrical.mp3 | Big Punisher f. Black Thou... | 3,246KB | Audio | |
| D@KaZaA | 10 Black Zombie.mp3 | Nas | 2,161KB | Audio | |
| D@KaZaA | 04-Jadakiss - We gonna Make It.mp3 | Jadakiss | 3,642KB | Audio | Jadakiss - |
| D@KaZaA | Music From The Motion Picture Like Mike - Rule.mp3 | Nas | 3,615KB | Audio | |
| D@KaZaA | 50 Cents Ft G-Unit - Crindin Freestyle.mp3 | 50 Cent feat. G-Unit | 2,844KB | Audio | |

Found 1845 files    2,237,758 users online, sharing 203,077,861 files (14,461,440 GB)    Not sharing any files











