



































Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaauser@KaZaA | Joan Osborne - One of Us.mp3 | Joan Osborne | 4,072KB | Audio | What if |
| kazaauser@KaZaA | Melissa Ethridge - Angels Will Fall.mp3 | Mellisa Etheridge | 4,002KB | Audio | |
| kazaauser@KaZaA | Jewel - Standing Still (1).mp3 | Jewel | 4,222KB | Audio | |
| kazaauser@KaZaA | KTU - ((Good Dance Mix)) (1).MP3 | New Artist (56) | 3,379KB | Audio | ((Go |
| kazaauser@KaZaA | Bonnie Tyler - Total Eclipse Of The Heart.mp3 | Cyndi Lauper | 6,534KB | Audio | Total E |
| kazaauser@KaZaA | Jewel - Hands Tribute.mp3 | Jewel | 2,210KB | Audio | Ha |
| kazaauser@KaZaA | Annie Lennox - Put A Little Love In Your Heart.mp3 | Annie Lennox | 2,668KB | Audio | Put A Little |
| kazaauser@KaZaA | Meatloaf - Two Out Of Three Ain't Bad.mp3 | Meat Loaf | 5,099KB | Audio | Two out |
| kazaauser@KaZaA | Ella Fitzgerald + Louis Armstrong - Summertime.mp3 | Ella Fitzgerald Louis Amst... | 4,714KB | Audio | Summerti |
| kazaauser@KaZaA | 5. Celine Dion - its all coming back to me now.mp3 | Celien Dion | 3,557KB | Audio | Its All Comin |
| kazaauser@KaZaA | MILES DAVIS_kind of blue.mp3 | Miles Davis | 5,389KB | Audio | |
| kazaauser@KaZaA | Prodigy - Breathe.mp3 | MELISSA ETHERIDGE | 3,237KB | Audio | |
| kazaauser@KaZaA | Tina Turner - I Don't Wanna Fight.mp3 | Tina Turner | 5,533KB | Audio | I |
| kazaauser@KaZaA | Dido - I Am What I Am.mp3 | Dido | 4,008KB | Audio | |
| kazaauser@KaZaA | Celine Dion - My Heart Will Go On (Titanic - radio version).... | Celine Dion | 4,096KB | Audio | M |
| kazaauser@KaZaA | Don Henley - I'm Taking You Home (2).MP3 | Don Henley | 3,991KB | Audio | I'm Ta |
| kazaauser@KaZaA | Through The Fire - Chaka Kahn.mp3 | Chaka Khan | 4,486KB | Audio | |
| kazaauser@KaZaA | Aventura - Todavia me amas (1).mp3 | Aventura | 4,428KB | Audio | |
| kazaauser@KaZaA | Tamia - Stranger In My House Video.mpg | Unknown | 42,424KB | Video | Tamia - Stranger |
| kazaauser@KaZaA | adventura-amor de madre.wma | Adventura | 2,880KB | Audio | |
| kazaauser@KaZaA | Diso- Shake your Groove Thang.mp3 | SOS Band | 6,210KB | Audio | Shake |
| kazaauser@KaZaA | im not going.mp3 | Jennifer Holiday | 3,844KB | Audio | |
| kazaauser@KaZaA | Special D. - come with me (single edit).mp3 | Special D. | 4,472KB | Audio | Come W |
| kazaauser@KaZaA | Diane Schuur - New York State Of Mind.mp3 | Diane Schuur | 5,002KB | Audio | New |
| kazaauser@KaZaA | Adventura - Amor Bonito.mp3 | Adventura | 1,482KB | Audio | Adver |
| kazaauser@KaZaA | Chaka Khan - I'm Every Woman.mp3 | Chaka Kahn | 3,784KB | Audio | |
| kazaauser@KaZaA | Ray Charles - America The Beautiful.mp3 | Ray Charles | 3,380KB | Audio | Am |
| kazaauser@KaZaA | Stevie Wonder Feat. Mary J. Blige- Overjoyed.mp3 | Stevie Wonder Feat. Mary | 3,456KB | Audio | |
| kazaauser@KaZaA | Adventura - Tell Me Why-Dime Porque.mp3 | Adventura | 3,263KB | Audio | Tell Me |
| kazaauser@KaZaA | Alicia Bridges - I Love The Nightlife.mp3 | Gloria Gaynor | 2,994KB | Audio | |

Found 1379 files | 2,299,874 users online, sharing 274,162,535 files (26,850,304 GB) | Not sharing any files













# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| kazaauser@KaZaA | Barry White - Deeper And Deeper (1).mp3 | Barry White | 4,452KB | Audio | Deep |
| kazaauser@KaZaA | its like that.mp3 | Mariah Carey | 4,810KB | Audio | |
| kazaauser@KaZaA | Jennifer Lopez - Alive.mpeg | Unknown | 60,709KB | Video | Jei |
| kazaauser@KaZaA | Hochzeitstags (1).mpeg | Unknown | 3,262KB | Video | |
| kazaauser@KaZaA | Jennifer Lopez Live in Puerto Rico - PART 4 [FL]VIDEO (1) ... | Unknown | 81,636KB | Video | Jennifer Lopez Live in Puerto Rico - |
| kazaauser@KaZaA | Enrique Iglesias feat. Whitney Houston - Could I Have This... | Unknown | 40,617KB | Video | Enrique Iglesias feat. Whitney Hou |
| kazaauser@KaZaA | Alicia Keys - You Don't Know My Name.mp3 | Alicia Keys | 6,284KB | Audio | You Do |
| kazaauser@KaZaA | Jennifer Lopez - Ain't It Funny.mpg | Unknown | 43,014KB | Video | Jennifer Lop |
| kazaauser@KaZaA | Jennifer Lopez Live in Puerto Rico - PART 6 [FL]VIDEO.mpg | Unknown | 41,202KB | Video | Jennifer Lopez Live in Puerto Rico - |
| kazaauser@KaZaA | Jennifer Lopez - Waiting For Tonight.mpg | Unknown | 43,230KB | Video | Jennifer Lopez - V |
| kazaauser@KaZaA | Beyonce - Naughty Girl [Kobra].mpeg | Unknown | 48,393KB | Video | Beyonce - N |
| kazaauser@KaZaA | Pink - Stop Falling.mp3 | Pink | 5,479KB | Audio | |
| kazaauser@KaZaA | Vanessa Carlton - In Love With You.MP3 | Vanessa Carlton | 3,614KB | Audio | |
| kazaauser@KaZaA | Prince Of Tennis - 25+26 (1).avi | Unknown | 7,449KB | Video | |
| kazaauser@KaZaA | Pink - Is It Love.mp3 | Pink | 3,410KB | Audio | |
| kazaauser@KaZaA | Lio - Rapture.mp3 | Iio | 3,243KB | Audio | |
| kazaauser@KaZaA | Bangels - Enternal Flame.mp3 | Bangles | 3,745KB | Audio | |
| kazaauser@KaZaA | Barry White - Entire Album - All Time Greatest Hits.mp3 | Barry White | 67,570KB | Audio | All |
| kazaauser@KaZaA | barry white - Dead Presidents soundtrack.mp3 | Barry White | 2,838KB | Audio | Dead Pre |
| kazaauser@KaZaA | Berry White - I'm gonna love you just a little more babe.M... | Berry White | 3,633KB | Audio | I'm gonna love you jus |
| kazaauser@KaZaA | Soundtrack - High Fidelity - Barry White - I'm Gonna Love Y... | Barry White | 3,916KB | Audio | I'm Gonna Love You Ju |
| kazaauser@KaZaA | Santana feat. Michelle Branch - The Game Of Love(Zone).... | Unknown | 60,973KB | Video | Santana feat. Michelle Branch - The |
| kazaauser@KaZaA | Michelle Branch-HOTEL PAPER-breathe.mp3 | Michelle Branch | 4,247KB | Audio | |
| kazaauser@KaZaA | Celia Cruz - Quimbara.mp3 | Celia Cruz | 5,638KB | Audio | |
| kazaauser@KaZaA | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,437KB | Audio | |
| kazaauser@KaZaA | Dirty Vegas - Days Go By [Galatasaray remix].mp3 | DIRTY VEGAS | 9,550KB | Audio | DAYS GO B |
| kazaauser@KaZaA | Whitney Houston - Try It On My Own (Thunderpuss Radio ... | Whitney Houston | 6,706KB | Audio | On My Own (Thund |
| kazaauser@KaZaA | 06 - Whitney Houston - Try it on my own-21stcentury.mp3 | Whitney Houston | 6,578KB | Audio | |
| kazaauser@KaZaA | Dido - Thank You (Deep Dish Mix).mp3 | Dido | 9,876KB | Audio | Thank Y |
| kazaauser@KaZaA | Whitney Houston - I can win.mp3 | Whitney Houston | 5,203KB | Audio | To |

Found 1379 files    2,299,874 users online, sharing 274,162,535 files (26,850,304 GB)    Not sharing any files



















**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| kazaauser@KaZaA | Arrow - Bills.mp3 | ARROW | 4,194KB | Audio | |
| kazaauser@KaZaA | Al Martino - Christmas Coca Cola.mp3 | Christmas Songs | 3,025KB | Audio | We Wish yo |
| kazaauser@KaZaA | John Lennon - So This Is Christmas.mp3 | John Lennon | 3,376KB | Audio | S |
| kazaauser@KaZaA | Julie Andrews - Irish Carol (1).mp3 | Julie Andrews | 3,124KB | Audio | |
| kazaauser@KaZaA | The Drifters - White Christmas.mp3 | Drifters | 2,489KB | Audio | |
| kazaauser@KaZaA | Witch Doctor - Oo ee oo ah ah.mp3 | Witch Doctor | 2,150KB | Audio | |
| kazaauser@KaZaA | Boney M - Feliz Navidad.mp3 | Boney M | 2,209KB | Audio | |
| kazaauser@KaZaA | 11-lost christmas eve-christmas jam-4hm.mp3 | Trans Siberian Orchestra | 6,453KB | Audio | |
| kazaauser@KaZaA | Xmas - Bony M - Xmas Medley.mp3 | Boney M | 7,350KB | Audio | The 20 Greatest  Christmas Songs |
| kazaauser@KaZaA | Xmas - Christmas Tree Rock.mp3 | Xmas | 1,944KB | Audio | Christmas |
| kazaauser@KaZaA | NEW AGE.kpl | Enya | 0KB | | |
| kazaauser@KaZaA | OLDIES.kpl | Unknown | 2KB | | |
| kazaauser@KaZaA | CLASSICAL LOVE SOUL.kpl | Gregory Abbot | 2KB | | CLA |
| kazaauser@KaZaA | manhattans_shinin star.mp3 | Manhattans | 5,317KB | Audio | |
| kazaauser@KaZaA | Mighty Sparrow - Witch Doctor.mp3 | Mighty Sparrow | 5,694KB | Audio | |
| kazaauser@KaZaA | Armand Van Helden - The Witch Doctor Alex.mp3 | Armand Van Helden | 3,392KB | Audio | The |
| kazaauser@KaZaA | 03 - Track 3.mp3 | Outkast | 3,720KB | Audio | I love |
| kazaauser@KaZaA | House Party - Dance to The Music.mp3 | House | 3,535KB | Audio | |
| kazaauser@KaZaA | house music - Hex Hector Acapella (1).mp3 | DEBORAH COX | 1,845KB | Audio | |
| kazaauser@KaZaA | Classical (1).mp3 | Various Artists | 892KB | Audio | Viva |
| kazaauser@KaZaA | Eric Clapton - Have You Ever Loved a Woman.mp3 | Eric Clapton | 6,449KB | Audio | Have You Ev |
| kazaauser@KaZaA | NEW AGE MUSIC  - ENYA - SILENT NIGHT (CELTIC).mp3 | Enya | 3,542KB | Audio | |
| kazaauser@KaZaA | Desire - Ultra Nate.mp3 | Ultra Nate | 4,003KB | Audio | |
| kazaauser@KaZaA | Copy of Royal House-Party People.mp3 | House Music | 3,157KB | Audio | |
| kazaauser@KaZaA | Sean Paul feat Sasha - Im Still In Love With You.wma | Sean Paul | 2,693KB | Audio | Im St |
| kazaauser@KaZaA | jimmy hendrix_janice joplin - summertime.mp3 | Janis Joplin | 4,160KB | Audio | Summertir |
| kazaauser@KaZaA | Kids - Robbie Williams & Kylie Minogue.mp3 | Robbie Williams | 5,942KB | Audio | Kids - Robbie Willia |
| kazaauser@KaZaA | christmas songs - silver bells.mp3 | Charlotte Church | 2,400KB | Audio | |
| kazaauser@KaZaA | Melissa Ethridge - The Weakness In Me.mp3 | Melissa Ethridge | 4,072KB | Audio | Th |
| kazaauser@KaZaA | Musicals - I've Got Rythm.mp3 | Judy Garland | 3,373KB | Audio | |

Found 1379 files          2,299,874 users online, sharing 274,162,535 files (26,850,304 GB)          Not sharing any files





















**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaauser@KaZaA | Neil Diamond - Play Me.mp3 | Neil Diamond | 4,522KB | Audio | |
| kazaauser@KaZaA | 7 - I Am ... I Said.mp3 | Neil Diamond | 3,295KB | Audio | |
| kazaauser@KaZaA | Stan Getz _J.J. Johnson - My Funny Valentine..mp3 | Stan Getz _J.J. Johnson | 7,939KB | Audio | N |
| kazaauser@KaZaA | Ike _Tina Turner - River Deep Mountain High.mp3 | Tina Turner | 3,448KB | Audio | River Deep Mountain High (ori |
| kazaauser@KaZaA | Oscar Peterson - Pennies From Heaven.mp3 | Oscar Peterson _Stan Ge... | 3,697KB | Audio | Pe |
| kazaauser@KaZaA | Rufus _Chaka Kahn - Everlasting Love.mp3 | Chaka Khan | 4,818KB | Audio | |
| kazaauser@KaZaA | So B Hawk - Down To Sleep.mp3 | Sophie B.Hawkins | 3,399KB | Audio | |
| kazaauser@KaZaA | Five Satins - In The Still Of The Night.mp3 | Five Satins | 2,949KB | Audio | Five Satins - In Th |
| kazaauser@KaZaA | Why Do Fools Fall in Love - Frankie Lyman.mp3 | Frankie Lymon and Teena... | 1,630KB | Audio | Why D |
| kazaauser@KaZaA | Little Anthony and the Imperials-shimmy koko bop.mp3 | Little Anthony and the Im... | 1,530KB | Audio | Shimmy, |
| kazaauser@KaZaA | Rihanna - Pon De Replay.wma | Rihanna | 4,055KB | Audio | |
| kazaauser@KaZaA | Celia Cruz - Toro Mata.mp3 | Celia Cruz with the Orche... | 5,376KB | Audio | |
| kazaauser@KaZaA | Thelma Houston - Don't Leave Me This Way (1).mp3 | Thelma Houston | 3,369KB | Audio | Don't L |
| kazaauser@KaZaA | Lil' Kim feat. Phil Collins - In The Air Tonight - latestmp3s.m... | Lil' Kim feat. Phil Collins | 4,093KB | Audio | |
| kazaauser@KaZaA | Kelis - Milkshake.mpg | kelis | 32,988KB | Video | |
| kazaauser@KaZaA | Sixpence None The Richer - Kiss Me.mp3 | The Cramberries | 3,115KB | Audio | |
| kazaauser@KaZaA | Blu cantrel - Breath.mp3 | Blue Cantrell ft. Sean Paul | 4,518KB | Audio | |
| kazaauser@KaZaA | pink - 11 - lonely girl - supermp3s.mp3 | Pink | 2,034KB | Audio | |
| kazaauser@KaZaA | The Black Eyed Peas - Lets Get It Started (Radio Edit).mp3 | The Black Eyed Peas | 3,393KB | Audio | Let's Get It S |
| kazaauser@KaZaA | Celia Cruz-Rie y Llora (1).mp3 | Celia Cruz | 3,879KB | Audio | |
| kazaauser@KaZaA | Diana Krall - Toots Thielmans - La Vie En Rose.mp3 | Diana Krall with Toots Thie.. | 5,482KB | Audio | |
| kazaauser@KaZaA | (Sound Of Music)-Soundtrack-So Long, Farewell...The Chil... | Children | 2,783KB | Audio | So Long, Far |
| kazaauser@KaZaA | Shaggy - I Like to Move It Move It.mp3 | Shaggy | 3,026KB | Audio | I Like |
| kazaauser@KaZaA | Bessy Smith - 'Tain't Nobody's Business If I Do.mp3 | Smith, Bessie | 3,158KB | Audio | It Ain't Nob |
| kazaauser@KaZaA | Christmas - Reba McEntire - I Saw Mama Kissing Santa Cla... | Christmas | 3,502KB | Audio | I Saw Mama I |
| kazaauser@KaZaA | Randy Newman _Sarah McLachlan - Toy Story 2 When Sh... | Sarah Mclachlan | 2,172KB | Audio | W— |
| kazaauser@KaZaA | Luther Vandross - Dance With My Father.mp3 | Luther Vandross | 6,137KB | Audio | Dar |
| kazaauser@KaZaA | 14 - Mormon Tabernacle Choir - I Heard the Bells.mp3 | Mormon Tabernacle Choir | 1,926KB | Audio | |
| kazaauser@KaZaA | Christmas Carols - Tony Bennett - Chestnuts Roasting on ... | Christmas | 2,409KB | Audio | Chestnuts Roasti |
| kazaauser@KaZaA | Boney M - The 20 Greatest Christmas Songs - Jingle Bells | Christmas | 3,252KB | Audio | |

Found 1379 files    2,299,874 users online, sharing 274,162,535 files (26,850,304 GB)    Not sharing any files







**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaauser@KaZaA | Sha Na Na - Witch Doctor.mp3 | Sha Na Na | 2,154KB | Audio | |
| kazaauser@KaZaA | Frank Sanatra - White Christmas - 09 - Let It Snow, Let It ... | Frank Sinatra | 2,944KB | Audio | Let It Snow, Let It Snow, Let It Sn |
| kazaauser@KaZaA | Byron Lee - Dollar Wine Dance.mp3 | Clan Rojo | 3,872KB | Audio | |
| kazaauser@KaZaA | Smokey Robinson - Cruisin'.mp3 | Smokey Robinson | 5,169KB | Audio | |
| kazaauser@KaZaA | Destiny's Child - 8 Days Of Christmas (1).mp3 | DESTINY'S CHILD | 3,304KB | Audio | 8 |
| kazaauser@KaZaA | Alvin And The Chipmunks- Jingle-Bell Rock.mp3 | The Chipmunks | 1,750KB | Audio | |
| kazaauser@KaZaA | Soca Boys - Da Roof Is On Fire.mp3 | The Soca Boys | 3,544KB | Audio | |
| kazaauser@KaZaA | carwash.mp3 | Christina Aguilera Missy | 6,095KB | Audio | |
| kazaauser@KaZaA | Christmas Elmo & Patsy.mp3 | Elmo & Patsy | 2,262KB | Audio | |
| kazaauser@KaZaA | 1 Calipso Soca - Byron Lee - Conga Line.mp3 | Byron Lee | 3,077KB | Audio | |
| kazaauser@KaZaA | Lord Kitchener- Soca - Old Calypso- Sugar Bum Bum.mp3 | Soca | 5,797KB | Audio | |
| kazaauser@KaZaA | Kenny Chesney - I Go Back.mp3 | Kenny Chesney | 3,809KB | Audio | |
| kazaauser@KaZaA | Mega Mix Club 80s_90s.mp3 | 80's Music | 14,486KB | Audio | DANCE--80'S 9( |
| kazaauser@KaZaA | House Music Black Betty - Ram Jam.mp3 | Ram Jam | 5,154KB | Audio | Black Bet |
| kazaauser@KaZaA | CLASSIC HOUSE - Work It To The Bone.mp3 | Baltimore Club Music | 4,242KB | Audio | W |
| kazaauser@KaZaA | love songs compilation old_can't turn back the years_phil co.. | PHIL COLLINS | 1,280KB | Audio | can't t |
| kazaauser@KaZaA | kylie minogue - Cant Get You Out Of My Head.mp3 | kylie minogue | 4,493KB | Audio | Cant Get Yc |
| kazaauser@KaZaA | House Classics-Mr Fingers - Can You Feel It .mp3 | Larry Heard aka Mr Finge... | 4,824KB | Audio | Can you |
| kazaauser@KaZaA | george michael-don let the sun go down on me-omni.mp3 | George Michael | 5,919KB | Audio | don let the s |
| kazaauser@KaZaA | Richard Marx - Right Here Waiting (1) (1).mp3 | Richard Marx | 3,096KB | Audio | |
| kazaauser@KaZaA | Armand Van Helden - Witch Doctor [Remix].mp3 | 3 | 4,959KB | Audio | Wi |
| kazaauser@KaZaA | Christmas - Grandma Got Ran Over By A Reindeer.mp3 | Christmas | 3,226KB | Audio | Christmas - Grandma Got Ran C |
| kazaauser@KaZaA | Butterfly 3 Grandma's Hands Barbra Streisand.mp3 | Barbra Streisand | 3,635KB | Audio | Anoth |
| kazaauser@KaZaA | Real Mccoy - Another Night (Club Mix)(1)(1).mp3 | Real Mccoy | 8,148KB | Audio | Anoth |
| kazaauser@KaZaA | Enya - Only Time.mpg | Enya | 42,742KB | Video | Eny |
| kazaauser@KaZaA | Baltimore club - DJ Funk - There's Some Hoes in This House .. | Baltimore Club Music | 3,306KB | Audio | There's Some |
| kazaauser@KaZaA | DJ Kool - Let Me Clear My Throat.mp3 | DJ Kool | 4,557KB | Audio | Let N |
| kazaauser@KaZaA | Martha Wash - Pride (A Deeper Love - Underground Mix) (... | C _C Music Factory | 5,696KB | Audio | Pride (A Dee |
| kazaauser@KaZaA | Melanie C - I Turn To You.mp3 | Mel C | 6,314KB | Audio | I Turn to You |
| kazaauser@KaZaA | Enya - Final Fantasy IV - Celtic Moon - World Theme.mp3 | Enya | 4,496KB | Audio | |

Found 1379 files    2,299,874 users online, sharing 274,162,535 files (26,850,304 GB)    Not sharing any files





