



# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| defaultuser@KaZaA | (02) Play - Cinderella.wma | Play | 2,152KB | Audio |
| defaultuser@KaZaA | Play ft. Lil Fizz - M.A.S.T.E.R of Disguise.mp3 | Play | 2,776KB | Audio |
| defaultuser@KaZaA | 80's Disco - Chaka Kahn - I feel for you.mp3 | Chaka Khan | 5,448KB | Audio |
| defaultuser@KaZaA | CJ _Co. - We Got Our Own Thing.mp3 | C.J _Co | 6,622KB | Audio |
| defaultuser@KaZaA | Freestyle Megamix - Shannon, Cover Girls, Sweet Sensatio... | Shannon | 15,004KB | Audio |
| defaultuser@KaZaA | Front Page - Love Insurance.mp3 | Front Page | 3,500KB | Audio |
| defaultuser@KaZaA | WWF Remix - Undertaker-kidrock-remix.mp3 | Kid Rock | 4,138KB | Audio |
| defaultuser@KaZaA | 03 Let It Bleed.wma | The Used | 1,509KB | Audio |
| defaultuser@KaZaA | Santana - Evil Ways.mp3 | Santana | 3,669KB | Audio |
| defaultuser@KaZaA | Mana-Santana - Corazon Espinado.mp3 | Santana | 5,387KB | Audio |
| defaultuser@KaZaA | Oye Como Va.mp3 | Santana | 3,042KB | Audio |
| defaultuser@KaZaA | 08-Migra.mp3 | Santana | 7,637KB | Audio |
| defaultuser@KaZaA | Stevie Ray Vaugn - Cold Shot.mp3 | Stevie Ray Vaugn | 3,734KB | Audio |
| defaultuser@KaZaA | Missy Elliott - I'm Really Hot.wma | Missy Elliot | 1,671KB | Audio |
| defaultuser@KaZaA | Stevie Ray Vaugn Pride And Joy.mp3 | Stevie Ray Vaughn | 4,288KB | Audio |
| defaultuser@KaZaA | Stevie Ray Vaugn - Tight Rope.mp3 | Stevie Ray Vaugn | 4,342KB | Audio |
| defaultuser@KaZaA | Neil Young - Cinnamon Girl (1).mp3 | Neil Young | 3,205KB | Audio |
| defaultuser@KaZaA | PhishNeil Young-Down by the River(Farm Aid).mp3 | Neil Young | 10,772KB | Audio |
| defaultuser@KaZaA | Santana with Dave Mattews - Love Of My Life .mp3 | Dave Matthews Band | 6,798KB | Audio |
| 2 Users | Janet Jackson - Go Deep.mp3 | Janet Jackson | 4,396KB | Audio |
| defaultuser@KaZaA | scorpions - crossfire.mp3 | Scorpions | 4,316KB | Audio |
| defaultuser@KaZaA | Scorpions - Alien Nation.mp3 | Scorpions | 4,724KB | Audio |
| defaultuser@KaZaA | scorpions - i'm leaving you.mp3 | Scorpions | 4,028KB | Audio |
| defaultuser@KaZaA | 3 DoorsDown - Kryptonite.mp3 | 3 Doors Down | 5,498KB | Audio |
| defaultuser@KaZaA | joe cocker - ain't no sunshine.mp3 | Joe Cocker | 2,987KB | Audio |
| defaultuser@KaZaA | Shakira - Laundry Service - 07 - Fool.mp3 | Shakira | 5,346KB | Audio |
| defaultuser@KaZaA | CCR - Suzy Q.mp3 | CCR | 4,302KB | Audio |
| defaultuser@KaZaA | 05 Now that the magic has gone.mp3 | Joe Cocker | 4,358KB | Audio |
| defaultuser@KaZaA | Shaggy - It Wasn't Me.mp3 | Shaggy | 3,912KB | Audio |
| defaultuser@KaZaA | Track 02.mp3 | Led Zep | 5,596KB | Audio |

Found 1228 files    1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)    Not sharing any files









# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| defaultuser@KaZaA | usher_f.liljon,ludacris- yeah (3).mp3 | Usher f. LilJon ,Ludacris | 5,830KB | Audio |
| defaultuser@KaZaA | Britney Spears - Toxic (1).asf | Britney Spears | 6,045KB | Video |
| defaultuser@KaZaA | usher - let it burn (1) (5).mp3 | Usher | 6,532KB | Audio |
| defaultuser@KaZaA | Leonard Skynard - Ooh That Smell.mp3 | Lynard Skynard | 5,484KB | Audio |
| defaultuser@KaZaA | Yellowcard  - Ocean Avenue.mp3 | Yellow Card | 2,711KB | Audio |
| defaultuser@KaZaA | DJ Casper- Cha Cha Slide.mp3 | DJ Casper | 5,921KB | Audio |
| defaultuser@KaZaA | MissyElliot_WorkIt(Remix).mp3 | Missy Elliot | 4,066KB | Audio |
| defaultuser@KaZaA | MissyElliot--WorkIt.MP3 | MissyElliot | 1,992KB | Audio |
| defaultuser@KaZaA | Evanescence - My Immortal.wma | Evanesence | 2,088KB | Audio |
| defaultuser@KaZaA | Go On.mp3 | Kanye West | 3,364KB | Audio |
| defaultuser@KaZaA | Evanescence - My Immortal (1).wma | Evanesence | 2,574KB | Audio |
| defaultuser@KaZaA | Im Really Hot Remix.mp3 | Missy Elliot | 6,118KB | Audio |
| defaultuser@KaZaA | Ludacris _Snoop Dogg- Holiday Inn.wma | Chingy | 2,503KB | Audio |
| defaultuser@KaZaA | 05 - Shut Up.mp3 | Black Eyed Peas | 3,473KB | Audio |
| defaultuser@KaZaA | beyonce knowles ft.jay-z - crazy in love .mp3 | Beyonce | 9,224KB | Audio |
| defaultuser@KaZaA | 03 Behind These Hazel Eyes.wma | Kelly Clarkson | 3,131KB | Audio |
| defaultuser@KaZaA | lynyrd skynyrd - LYNARD SKYNARD Saturnight special.mp3 | Lynyrd Skynyrd | 1,982KB | Audio |
| defaultuser@KaZaA | Lynard Skynard - Comin Home.mp3 | Lynard Skynard | 5,192KB | Audio |
| defaultuser@KaZaA | Lynard Skynard - Preacher Man.mp3 | Lynyrd Skynyrd | 4,278KB | Audio |
| defaultuser@KaZaA | Lynyrd Skynard - Sweet Home Alabama.mp3 | Leonard Skynard | 5,567KB | Audio |
| defaultuser@KaZaA | Forever Young (9).mp3 | Scooter | 1,715KB | Audio |
| defaultuser@KaZaA | Gloria Gaynor -I Will Survive.mp3 | Gloria Gaynor | 3,452KB | Audio |
| defaultuser@KaZaA | ocean avenue -yellow card__.wma | yellowcard | 1,570KB | Audio |
| defaultuser@KaZaA | Evanesence- Hello.mp3 | Evanescence | 5,165KB | Audio |
| defaultuser@KaZaA | TURN ME ON.MP3 | Kevin Lyttle | 4,846KB | Audio |
| defaultuser@KaZaA | Lynard Skynard-I Know A Little.mp3 | Lynyrd Skynyrd | 3,287KB | Audio |
| defaultuser@KaZaA | Led Zepplin - Freebird.mp3 | Lynard Skynard | 6,283KB | Audio |
| defaultuser@KaZaA | D12_-_My_Band_Video.wmv | D12 | 10,254KB | Video |
| defaultuser@KaZaA | D12_Eminem - My Band (1).wma | D12_Eminem | 2,366KB | Audio |
| defaultuser@KaZaA | 04 Twisted Nerve wma | Kill Bill | 2 074KB | Audio |

Found 1228 files    1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)    Not sharing any files





# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web     My Kazaa     Theater     Search     Traffic     Shop     Tell A Friend

New search     Download         Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| defaultuser@KaZaA | 3 - Tipsy.mp3 | J-Kwon | 3,359KB | Audio |
| defaultuser@KaZaA | Eminem ft d-12 - How come (2).mp3 | D-12 | 5,576KB | Audio |
| defaultuser@KaZaA | guns and roses - knockin ̈on heavens door (1).mp3 | Beyonce Knowles | 4,780KB | Audio |
| defaultuser@KaZaA | D-12 - How Come (1).mp3 | D-12 | 4,149KB | Audio |
| defaultuser@KaZaA | Guns and Roses - Welcome the Jungle.mp3 | Gretchen Wilson | 4,283KB | Audio |
| defaultuser@KaZaA | 09 d-12 - how come.mp3 | D-12 | 5,576KB | Audio |
| defaultuser@KaZaA | Eminem and D 12-How Come.wma | D-12 | 5,884KB | Audio |
| defaultuser@KaZaA | Guns and Roses - Bad Obsession.mp3 | Gretchen Wilson | 5,138KB | Audio |
| defaultuser@KaZaA | D12 - D12 World - 09 - How Come.mp3 | D-12 | 5,846KB | Audio |
| defaultuser@KaZaA | Aerosmith - Eat the Rich.mp3 | Aerosmith | 3,937KB | Audio |
| defaultuser@KaZaA | Gavin DeGraw-I dont wanna be.wma | Gavin DeGraw | 1,737KB | Audio |
| defaultuser@KaZaA | my happy ending (1).mp3 | Avril Lavigne | 1,523KB | Audio |
| defaultuser@KaZaA | Avril Lavigne - My Happy Ending.mp3 | Avril Lavigne | 2,115KB | Audio |
| defaultuser@KaZaA | Avril Lavigne - My Happy Ending (1).mp3 | Avril Lavigne | 3,790KB | Audio |
| defaultuser@KaZaA | my happy ending.mp3 | Avril Lavigne | 1,523KB | Audio |
| defaultuser@KaZaA | maroon 5 - she will be loved (saj).wma | Unknown | 2,036KB | Audio |
| defaultuser@KaZaA | 1985.wma | Bowling for soup | 3,096KB | Audio |
| defaultuser@KaZaA | Fat Joe- Lean Back (1).wma | Fat Joe | 2,018KB | Audio |
| defaultuser@KaZaA | 50 Cent - P.I.M.P.wma | 50cent | 1,990KB | Audio |
| defaultuser@KaZaA | My Goodies.mp3 | Ciara | 4,284KB | Audio |
| defaultuser@KaZaA | Anthem of Our Dying Day.mp3 | Story of the Year | 3,405KB | Audio |
| defaultuser@KaZaA | usher-confessions-my boo.mp3 | Usher | 3,816KB | Audio |
| defaultuser@KaZaA | Eminem - Just Lose It (1).mp3 | Eminem | 3,250KB | Audio |
| defaultuser@KaZaA | Lose My Breath.mp3 | Destiny s Child | 3,655KB | Audio |
| defaultuser@KaZaA | Eminem -Just Lose It.mp3 | Eminem | 5,216KB | Audio |
| defaultuser@KaZaA | Baby Its You.mp3 | JoJo | 5,244KB | Audio |
| defaultuser@KaZaA | Destinys Child - Lose My Breath.mp3 | Destiny s Child | 3,312KB | Audio |
| defaultuser@KaZaA | Jojo - Baby It`s You.mp3 | JoJo | 3,020KB | Audio |
| 2 Users | Just_Lose_it (1).mp3 | Eminem | 4,834KB | Audio |
| 2 Users | Jojo - Baby It's You.mp3 | JoJo | 4,704KB | Audio |

Found 1228 files     1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)     Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| 2 Users | | Just_Lose_it (1).mp3 | Eminem | 4,834KB | Audio | |
| 2 Users | | Jojo - Baby, It's You.mp3 | JoJo | 4,794KB | Audio | Jc |
| defaultuser@KaZaA | | Just Lose It.mp3 | Eminem | 3,899KB | Audio | |
| defaultuser@KaZaA | | Eminem - Just Lose It.mp3 | Eminem | 3,250KB | Audio | Er |
| defaultuser@KaZaA | | Lose My Breath.wma | Destinys Child | 2,550KB | Audio | |
| defaultuser@KaZaA | | 04 - Asap.mp3 | T.I. | 6,670KB | Audio | |
| defaultuser@KaZaA | | Aerosmith - Crazy.mp3 | Simple Plan | 4,905KB | Audio | |
| defaultuser@KaZaA | | Just Lose It-Eminem.mp3 | Eminem | 4,834KB | Audio | J |
| defaultuser@KaZaA | | Aaliyah - Try again.mp3 | Aaliyah | 3,065KB | Audio | |
| defaultuser@KaZaA | | Aerosmith - Dream On (1).mp3 | Aerosmith | 4,182KB | Audio | |
| defaultuser@KaZaA | | Like Toy Soldiers-Eminem.mp3 | Eminem | 3,480KB | Audio | Like Tu |
| defaultuser@KaZaA | | 04 tempted to touch.wma | Unknown | 2,192KB | Audio | 0 |
| defaultuser@KaZaA | | you make me want to la la_unknown_ashlee simpson.mp3 | Ashlee Simpson | 6,800KB | Audio | you make me want to la la_unknc |
| defaultuser@KaZaA | | Greenday - I walk alone.mp3 | Green Day | 4,111KB | Audio | Gree |
| 2 Users | | american_idiot.mp3 | Green Day | 4,124KB | Audio | |
| defaultuser@KaZaA | | Songs - Christmas Boogie.MP3 | The Simpsons | 664KB | Audio | |
| defaultuser@KaZaA | | you make me want to la la_unknown_ashlee simpson (1).m... | Ashlee Simpson | 6,800KB | Audio | you make me want to la la_unknc |
| 2 Users | | Greenday - Boulevard of broken dreams.mp3 | Green Day | 4,077KB | Audio | Greenday - Boulevarc |
| defaultuser@KaZaA | | 02 - Be My Escape.mp3 | Relient K | 2,821KB | Audio | |
| defaultuser@KaZaA | | rupee - tempted to touch.mp3 | Rupee | 3,225KB | Audio | rupee |
| defaultuser@KaZaA | | Ren and Stimpy - Happy! Happy! Joy! Joy!.mp3 | Themes | 540KB | Audio | Happy |
| defaultuser@KaZaA | | maroon 5 songs about jane-she will be loved.mp3 | Maroon 5 | 3,972KB | Audio | |
| defaultuser@KaZaA | | songs about jane-she will be loved-maroon 5.mp3 | Maroon 5 | 4,291KB | Audio | |
| 2 Users | | she will be loved-songs about jane_maroon 5.mp3 | Maroon 5 | 4,881KB | Audio | |
| defaultuser@KaZaA | | Tempted 2 Touch.mp3 | Rupee | 4,323KB | Audio | |
| defaultuser@KaZaA | | Maroon 5.MP3 | Marron 5 | 1,753KB | Audio | |
| 3 Users | | greenday-boulevard of broken dreams.mp3 | Green Day | 6,116KB | Audio | greenday-boulevarc |
| defaultuser@KaZaA | | American Idiot.mp3 | Green Day | 3,446KB | Audio | |
| defaultuser@KaZaA | | Greenday - American Idiot.mp3 | Green Day | 4,058KB | Audio | Greend |
| defaultuser@KaZaA | | Greenday - I walk alone.wma | Greenday | 4,111KB | Audio | |

Found 1228 files    1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)    Not sharing any files



# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|--|
| defaultuser@KaZaA | Greenday - American Idiot.mp3 | Green Day | 4,058KB | Audio | Greend |
| defaultuser@KaZaA | Greenday - I walk alone.wma | Greenday | 4,111KB | Audio | |
| defaultuser@KaZaA | GreenDay-Holiday.mp3 | Green Day | 2,756KB | Audio | |
| 2 Users | Like toy soldiers (1).mp3 | Eminem | 3,480KB | Audio | L |
| defaultuser@KaZaA | Soldier.mp3 | Destiny s Child | 3,080KB | Audio | |
| defaultuser@KaZaA | 10-Stevie Nicks - Edge Of Seventeen.mp3 | School of Rock Soundtrack | 7,643KB | Audio | 10-Stevie Nicks - E |
| defaultuser@KaZaA | Kelly Clarkson - Since U Been Gone.mp3 | Kelly Clarkson | 2,946KB | Audio | |
| defaultuser@KaZaA | GreenDay-Holiday (2).mp3 | Green Day | 2,756KB | Audio | |
| defaultuser@KaZaA | Greenday - Time of Your Life.mp3 | Green Day | 1,051KB | Audio | |
| defaultuser@KaZaA | Greenday-American Idiot.mp3 | Green Day | 6,072KB | Audio | Green |
| defaultuser@KaZaA | greenday-homecoming.mp3 | Green Day | 16,005KB | Audio | gree |
| defaultuser@KaZaA | confessions-yeah-usher.mp3 | Usher | 4,717KB | Audio | |
| defaultuser@KaZaA | Stevie Nicks - Edge Of Seventeen.wma | edge of Seven | 2,165KB | Audio | E |
| 2 Users | Somebody Told Me.mp3 | The killers | 4,539KB | Audio | |
| defaultuser@KaZaA | 05 I Just Wanna Live.wma | Good Charlotte | 1,317KB | Audio | |
| defaultuser@KaZaA | 05-I Just Wanna Live (1).mp3 | Good Charlotte | 2,596KB | Audio | 05-I J |
| defaultuser@KaZaA | I Just Wanna Live.wma | good charlotte | 3,944KB | Audio | |
| defaultuser@KaZaA | Head On Collison.MP3 | New Found Glory | 1,543KB | Audio | |
| defaultuser@KaZaA | Ashlee Simpson- LaLa.wma | Ashlee Simpson | 898KB | Audio | |
| defaultuser@KaZaA | Drop It Like Its Hot.mp3 | Snoop Dogg | 2,861KB | Audio | |
| defaultuser@KaZaA | usher-yeah-confessions.mp3 | Usher | 4,116KB | Audio | |
| defaultuser@KaZaA | New Found Glory - Reject.mp3 | A New Found Glory | 1,966KB | Audio | |
| defaultuser@KaZaA | Snoop Dogg feat (1) (1).wma | SNOOP DOG | 1,217KB | Audio | |
| defaultuser@KaZaA | usher-yeah-confessions (1).mp3 | Usher | 4,416KB | Audio | |
| defaultuser@KaZaA | Mr Bo Jangles.mp3 | Robbie Williams | 2,344KB | Audio | |
| 3 Users | 1, 2 Step.WMA | Ciara | 3,183KB | Audio | |
| defaultuser@KaZaA | Sugar_were_going_down.mp3 | Fall Out Boy | 6,099KB | Audio | Sugar_ |
| defaultuser@KaZaA | Cayote Ugly - 1 Way or Anot.MP3 | Blondie | 2,808KB | Audio | Or |
| defaultuser@KaZaA | Usher - Caught Up.wma | Usher | 2,239KB | Audio | |
| defaultuser@KaZaA | 11 Caught Up.mp3 | Ja Rule | 5,528KB | Audio | |

Found 1228 files    |    1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)    |    Not sharing any files



















# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |  |  |  |  | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | Vangelis - Main Theme from Missing.mp3 | Vangelis | 2,894KB | Audio | Main 1 |
| defaultuser@KaZaA | Lonely No More.mp3 | Rob Thomas | 3,546KB | Audio | |
| defaultuser@KaZaA | my heart will go on (titanic).mp3 | Céline Dion | 4,344KB | Audio | my hear |
| defaultuser@KaZaA | Simpsons - Jingle Bells Batman Smells.mp3 | Christmas Songs | 656KB | Audio | Simpsons - Jingle |
| defaultuser@KaZaA | Nivea ft Lil Jon, Youngbloodz - Okay Remix.mp3 | Nivea feat. Lil Jon _Youn... | 4,382KB | Audio | |
| defaultuser@KaZaA | 04  Boulevard Of Broken Dreams.mp3 | Green Day | 4,672KB | Audio | 04  Boulevard |
| defaultuser@KaZaA | Boulevard of Broken Dreams.mp3 | Green Day | 7,134KB | Audio | Boulevard |
| defaultuser@KaZaA | Boulevard oof Broken Dreams.mp3 | Green Day | 3,051KB | Audio | Boulevard |
| defaultuser@KaZaA | Boulevard of Broken Dreams (1).mp3 | Green Day | 8,497KB | Audio | Boulevard |
| defaultuser@KaZaA | Amerie - One Thing.mp3 | Amerie | 5,199KB | Audio | |
| defaultuser@KaZaA | Frankie J - Obsession.mp3 | Frankie J | 4,851KB | Audio | Fr |
| defaultuser@KaZaA | ME AND CHARLIE TALKING - MIRANDA LAMBERT.mp3 | MIRANDA LAMBERT | 4,144KB | Audio | ME AND |
| defaultuser@KaZaA | miranda lambert_me and charlie talking_kerosene-osc.mp3 | Miranda Lambert | 1,798KB | Audio | Me |
| defaultuser@KaZaA | Me And Charlie Talking.mp3 | Miranda Lambert | 4,144KB | Audio | Me |
| defaultuser@KaZaA | Enya - May it be.mp3 | Enya | 3,322KB | Audio | |
| defaultuser@KaZaA | Obsession.mp3 | Baby Bash | 3,669KB | Audio | |
| defaultuser@KaZaA | One Way Or Another.MP3 | Blondie | 4,235KB | Audio | Or |
| defaultuser@KaZaA | Track20.wav | Kill Bill | 801KB | Audio | |
| defaultuser@KaZaA | Hit the Road Jack.mp3 | Ray Charles | 2,336KB | Audio | |
| defaultuser@KaZaA | 11 Track 11-01.mp3 | Ray Charles | 2,696KB | Audio | |
| defaultuser@KaZaA | Nobody's Home.mp3 | Avril Lavigne | 2,515KB | Audio | |
| defaultuser@KaZaA | Roxette - Listen To Your Heart.mp3 | Roxette | 5,121KB | Audio | Li |
| defaultuser@KaZaA | 07 Nobody's Home.wma | Avril Lavigne | 3,321KB | Audio | |
| defaultuser@KaZaA | Nobody's Home.wma | Avril Lavigne | 5,001KB | Audio | |
| defaultuser@KaZaA | Nintendo - Kirby (Techno Remix).mp3 | Cartoon Themes | 1,114KB | Audio | Nintendo - Ki |
| defaultuser@KaZaA | Tv themes - el conde patula.mp3 | 3 | 1,037KB | Audio | |
| defaultuser@KaZaA | TV Themes Ren and Stimpy Theme.mp3 | R | 662KB | Audio | Ren |
| defaultuser@KaZaA | The Apprentice.mp3 | Themes | 680KB | Audio | |
| defaultuser@KaZaA | 01 Ohio Is For Lovers.wma | Hawthorne Heights | 3,848KB | Audio | |
| defaultuser@KaZaA | Forrest Gump Soundtrack - Sugar Pie, honey bunch - Four t... | Oldies | 2,520KB | Audio | Sugar pie, hone |

Found 1228 files | 1,918,389 users online, sharing 199,631,164 files (22,702,592 GB) | Not sharing any files













**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| defaultuser@KaZaA | AudioSlave - Be Yourself [This One Works].mp3 | AudioSlave | 5,444KB | Audio | Be Yoursel |
| defaultuser@KaZaA | Im Just a Kid.mp3 | Simple Plan | 2,704KB | Audio | |
| defaultuser@KaZaA | Im Just A Kid (1).mp3 | Simple Plan | 2,199KB | Audio | |
| defaultuser@KaZaA | 02 Perfect.wma | Simple Plan | 2,209KB | Audio | |
| defaultuser@KaZaA | Bitemarks and Bloodstains (1).mp3 | Finch | 4,151KB | Audio | Bitemarks . |
| defaultuser@KaZaA | Bitemarks And Bloodstains.mp3 | Finch | 6,352KB | Audio | Bitemar |
| defaultuser@KaZaA | woody woodpecker.mp3 | TV Themes | 712KB | Audio | W |
| defaultuser@KaZaA | Time of Your Life - Good Riddance (1).mp3 | Green Day | 2,446KB | Audio | Time of Your Life - |
| defaultuser@KaZaA | Switch.mp3 | Will Smith | 3,025KB | Audio | |
| defaultuser@KaZaA | Bob Marley - Don't Worry, Be Happy.mp3 | Bob Marley | 3,662KB | Audio | Don' |
| defaultuser@KaZaA | N'Sync - Dirty Pop (1).mp3 | NSync | 1,932KB | Audio | |
| defaultuser@KaZaA | Roxette - Dangerous.mp3 | Roxette | 3,130KB | Audio | |
| defaultuser@KaZaA | System Of A Down - Aerials.mp3 | System Of A Down | 3,772KB | Audio | |
| defaultuser@KaZaA | SystemofaDown-ChopSuey.mp3 | System of a Down | 1,124KB | Audio | |
| defaultuser@KaZaA | 12.SOONER OR LATER.mp3 | Raghav | 4,399KB | Audio | 12.S |
| defaultuser@KaZaA | 07 Sooner or Later.wma | Breaking Benjamin | 1,738KB | Audio | |
| defaultuser@KaZaA | Adam Sandler - Hanukkah Song.mp3 | Adam Sandler | 3,066KB | Audio | |
| defaultuser@KaZaA | Lifestyle Of The Rich And Famous.mp3 | Good Charlotte | 2,983KB | Audio | Lifestyle Of Th_ |
| defaultuser@KaZaA | Sugar_were_going_down (2) (2).mp3 | Fall Out Boy | 2,638KB | Audio | Sugar_we |
| defaultuser@KaZaA | jayz_rkelly  somebody's girl.mp3 | R._kelly_and_jay-z-04-s... | 3,588KB | Audio | jayz_rkel |
| defaultuser@KaZaA | adam sandler - 50 first dates - forgetful lucy(3) (1).mp3 | 3 | 2,221KB | Audio | F |
| defaultuser@KaZaA | tv theme songs - full house.mp3 | TV Themes | 1,985KB | Audio | |
| defaultuser@KaZaA | 03 Buddy.mp3 | Adam Sandler | 2,101KB | Audio | |
| defaultuser@KaZaA | beyonce - Baby_Boy.mp3 | Beyonce | 3,583KB | Audio | Baby Bo |
| defaultuser@KaZaA | Five For Fighting - 100 Years.mp3 | Five For Fighting | 1,851KB | Audio | |
| defaultuser@KaZaA | Party For Two (Country).mp3 | Shania Twain | 3,211KB | Audio | Party |
| defaultuser@KaZaA | Romeo and Juliet.jpg | Unknown | 34KB | Image | |
| defaultuser@KaZaA | Thanks, You're The Best.mp3 | The Starting Line | 3,122KB | Audio | Thanl |
| defaultuser@KaZaA | Just Breathe.mp3 | Anna Nalick | 3,998KB | Audio | |
| defaultuser@KaZaA | Family Guy - cant touch me (1).WMV | Family Guy | 2,516KB | Video | Family C |

Found 1228 files     1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)     Not sharing any files















# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| defaultuser@KaZaA | Neil Young with Booker T and the MGs - Mr Soul (very rare l.. | Neil Young/Booker T and ... | 4,026KB | Audio | Mr Sc |
| defaultuser@KaZaA | Neil Young - Castles Burning.mp3 | Neil Young | 2,775KB | Audio | |
| defaultuser@KaZaA | Neil Young - My My Hey Hey.mp3 | Neil Young | 3,559KB | Audio | |
| defaultuser@KaZaA | Neil Young - Cortez the Killer.mp3 | Neil Young | 7,043KB | Audio | |
| defaultuser@KaZaA | Stevie Ray Vaughn - Manic Depression.mp3 | Stevie Ray Vaugn | 5,287KB | Audio | |
| defaultuser@KaZaA | Stevie Ray Vaughn _Carlos Santana - Traffic Jam.mp3.mpg | Carlos Santana | 6,081KB | Video | Traffic Jam (EXTRI |
| defaultuser@KaZaA | Traffic - Can't Find My Way Home.mp3 | Traffic | 3,081KB | Audio | Can't |
| defaultuser@KaZaA | Steve Winwood _Traffic - T.mp3 | Traffic | 4,303KB | Audio | The Low Spar |
| defaultuser@KaZaA | Copy of Carlos Santana - Everything Is Coming Our Way.... | Carlos Santana | 3,096KB | Audio | Everything |
| defaultuser@KaZaA | Drifters - Sixteen Candles.mp3 | Various Artists | 2,690KB | Audio | |
| defaultuser@KaZaA | Coldplay - Everything's Not Lost.mp3 | Coldplay | 6,800KB | Audio | Ev |
| defaultuser@KaZaA | Shakira whenever - wherever .mp3 | Shakira | 3,062KB | Audio | |
| defaultuser@KaZaA | Scorpions - Big City Nights.mp3 | Scorpions | 3,902KB | Audio | |
| defaultuser@KaZaA | Scorpions - Rock You Like A Hurricane.mp3 | Scorpions | 3,926KB | Audio | Rock Yi |
| defaultuser@KaZaA | EPMD - Gold Digger.mp3 | EPMD | 4,746KB | Audio | |
| defaultuser@KaZaA | Rage Against The Machine - Renegades of Funk.mp3 | Rage Against The Machine | 3,662KB | Audio | F |
| defaultuser@KaZaA | BB King and Eric Clapton - The Thrill is Gone (live) VH1 .mp3 | B.B. King | 4,428KB | Audio | The Thrill is Gone (li |
| defaultuser@KaZaA | Shakira - Objection.mp3 | Shakira | 3,218KB | Audio | |
| defaultuser@KaZaA | Coldplay - For You.mp3 | Coldplay | 5,373KB | Audio | |
| 2 Users | Eric Clapton - Mustang Sally.mp3 | CCR | 3,742KB | Audio | |
| defaultuser@KaZaA | Led Zeppelin - The Ocean.mp3 | Led Zeppelin | 4,230KB | Audio | |
| defaultuser@KaZaA | Coldplay - Spies.mp3 | Coldplay | 4,982KB | Audio | |
| defaultuser@KaZaA | Eric Clapton - Forever Man.mp3 | Eric Clapton | 2,999KB | Audio | |
| defaultuser@KaZaA | back in the saddle-AEROSMITH-o, yeah! ultimate aerosmith.. | Aerosmith | 4,394KB | Audio | |
| defaultuser@KaZaA | Tina Marie - Square Biz.mp3 | Tina Marie | 4,518KB | Audio | |
| defaultuser@KaZaA | Joe Cocker - Unchain My Heart.mp3 | Joe Cocker | 3,214KB | Audio | |
| defaultuser@KaZaA | CCR - Proud Mary.mp3 | CCR | 2,945KB | Audio | |
| defaultuser@KaZaA | TECHNO - Lasgo - Something (Radio mix).mp3 | Lasgo | 3,489KB | Audio | Son |
| defaultuser@KaZaA | Kylie Minouge - Outta my Head.mp3 | Kylie Minogue | 3,594KB | Audio | I Can´t Get Yi |
| defaultuser@KaZaA | Vanessa Carlton - Pretty Baby.mp3 | Vanessa Carlton | 3,664KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0      1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)      Not sharing any files

















# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web     My Kazaa     Theater     Search     Traffic     Shop     Tell A Friend

New search     Download         Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|-----------|---|
| defaultuser@KaZaA | Mama Said.mp3 | Metallica | 4,999KB | Audio | |
| defaultuser@KaZaA | Metallica - The Memory Remains.mp3 | Metallica | 4,338KB | Audio | Th |
| defaultuser@KaZaA | Mettalica - Am I Evil.mp3 | Metallica | 6,431KB | Audio | |
| defaultuser@KaZaA | Metallica - I Dissapear.mp3 | Metallica | 4,162KB | Audio | |
| defaultuser@KaZaA | Metalica - Carol Of The Bells (with TSO).mp3 | Trans Siberian Orchestra | 3,202KB | Audio | Carol Of The E |
| defaultuser@KaZaA | Metallica - No Leaf Clover.mp3 | Metallica | 5,362KB | Audio | |
| defaultuser@KaZaA | Metallica - For Whom The Bell Tolls.mp3 | Metallica | 4,843KB | Audio | For \ |
| defaultuser@KaZaA | Metalica - So Fucking What.mp3 | Metalica | 2,888KB | Audio | |
| defaultuser@KaZaA | Pointer Sisters - Im So Excited.mp3 | Pointer Sisters | 3,154KB | Audio | |
| defaultuser@KaZaA | Euro Trip - Scotty Doesnt Know.mp3 | Soundtrack | 2,764KB | Audio | S |
| defaultuser@KaZaA | Snoop Dogg - Signs - 16.mp3 | Snoop Dogg | 6,178KB | Audio | |
| defaultuser@KaZaA | Okay.mp3 | Nivea Ft Lil John | 4,434KB | Audio | |
| defaultuser@KaZaA | Lincon Park - im about to break.mp3 | Linkin Park | 3,189KB | Audio | |
| defaultuser@KaZaA | Nina Simone - Summertime.mp3 | Nina Simone | 5,314KB | Audio | |
| defaultuser@KaZaA | Annie Lennox- Into the West.mp3 | Howard Shore | 6,259KB | Audio | Annie Lenr |
| defaultuser@KaZaA | etta james - At Last (Long Version).mp3 | Etta James | 4,519KB | Audio | At |
| defaultuser@KaZaA | Girlfight.mp3 | Brooke Valentine | 3,847KB | Audio | |
| defaultuser@KaZaA | Black Sabbath - The Wizard.mp3 | Black Sabbath | 4,140KB | Audio | |
| defaultuser@KaZaA | Black Sabbath - Snowblind.mp3 | Black Sabbath | 5,410KB | Audio | |
| defaultuser@KaZaA | Black Sabbath - War Pigs (Live 1970).mpg | Ozzy Osbourne | 61,630KB | Video | W |
| defaultuser@KaZaA | 04. black sabbath - greatest hits - sabbath bloody sabbath... | Black Sabbath | 6,658KB | Audio | Sabba |
| defaultuser@KaZaA | Foundations_of_Stone.mp3 | Howard Shore | 3,626KB | Audio | Fo |
| defaultuser@KaZaA | Nine Inch Nails - Supernaut.mp3 | NIN_Ministry | 6,022KB | Audio | |
| defaultuser@KaZaA | Akon - Belly Dancer.wma | Akon | 1,929KB | Audio | Bana |
| defaultuser@KaZaA | Eminem The Eminem Show 17 Without Me.mp3 | Eminem | 2,301KB | Audio | |
| defaultuser@KaZaA | Ultimate RUN-DMC - 8 - It's Tricky - RUN-DMC.mp3 | RUN-DMC | 1,833KB | Audio | |
| defaultuser@KaZaA | Blood Sweat _Tears - And When I Die.mp3 | Blood, Sweat and Tears | 3,783KB | Audio | |
| defaultuser@KaZaA | Jump In The Line - Harry Belafonte.mp3 | Harry Belafonte | 3,468KB | Audio | |
| defaultuser@KaZaA | Jet - Are You Gonna Be My Girl(1).mp3 | Jet | 4,501KB | Audio | |
| defaultuser@KaZaA | Redbox - Cotton Eye Joe (Techno Remix) mp3 | House Music | 3,083KB | Audio | Cottr |

My Participation Level: Low (1), Downloads: 0, Uploads: 0     1,918,389 users online, sharing 199,631,164 files (22,702,592 GB)     Not sharing any files



