CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
MAY 0 3 2004
JOHN F. CORCORAN, CLERK
BY: /s/ [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LONDON-SIRE RECORDS INC., et al.,  )
    Plaintiffs,  )
    )  Civil Action No.: 7:04CV00208
v.  )
    )  **ORDER**
    )
JOHN DOE,  )  By: Hon. Glen E. Conrad
    )  United States District Judge
    Defendant.  )

This case is before the court on Plaintiffs' Motion for Leave to Take Immediate Discovery. Upon consideration of Plaintiffs' Motion and supporting Memorandum of Law, as well as the declaration of Jonathan Whitehead, it is hereby

ORDERED

that Plaintiffs may initiate immediate discovery prior to the conduct of a Rule 26(f) conference.

The Clerk is directed to send a certified copy of this Order to counsel for all parties.

ENTER: This 3rd day of May, 2004.

_____
United States District Judge