```
 1  JEFFREY G. KNOWLES (State Bar # 129754)
    JULIA D. GREER (State Bar # 200479)
 2  ZUZANA J. SVIHRA (State Bar # 208671)
    COBLENTZ, PATCH, DUFFY & BASS, LLP
 3  One Ferry Building, Suite 200
    San Francisco, California 94111
 4  Telephone: (415) 391-4800
    Facsimile:  (415) 989-1663
 5
    Attorneys for Plaintiffs
 6  MAVERICK RECORDING CO.; WARNER BROS.
    RECORDS INC.; ARISTA RECORDS, INC.; VIRGIN
 7  RECORDS AMERICA, INC.; UMG RECORDINGS, INC.;
    INTERSCOPE RECORDS; BMG MUSIC; SONY MUSIC
 8  ENTERTAINMENT INC.; ATLANTIC RECORDING
    CORP.; MOTOWN RECORD COMPANY, L.P.; and
 9  CAPITOL RECORDS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOES 1 - 4,<br><br>        Defendants. | CASE NO. C-04-1135 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

[PROPOSED] ORDER

1  Upon the Miscellaneous Administrative Request of Plaintiffs For Leave To Take
2  Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, Plaintiffs'
3  Request for Judicial Notice, and the Declaration of Zuzana J. Svihra, it is hereby:
4  ORDERED that Plaintiffs may serve immediate discovery on the University of
5  California, Berkeley to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena
6  that seeks information sufficient to identify each Doe Defendant, including the name, address,
7  telephone number, e-mail address, and Media Access Control addresses for each Defendant.
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
9  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
10 Plaintiffs' rights under the Copyright Act.
11 Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus
12 cannot pursue their lawsuit to protect their copyrighted works from infringement.

14 Dated: April 28, 2004

James Larson U.S. Magistrate Judge
~~United States District Judge~~