IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS; VIRGIN RECORDS OF AMERICA, INC; ATLANTIC RECORDING CORP; SONY MUSIC ENTERTAINMENT, INC.; ELEKTRA ENTERTAINMENT GROUP, INC; UMG RECORDINGS, INC.; ARISTA RECORDS, INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORD, INC.; MAVERICK RECORDING COMPANY; and BMG MUSIC<br><br>v.<br><br>DOES 1-7 | No. 3-04-0240 |

## ORDER

The plaintiffs' motion for expedited discovery (Docket Entry No. 3) is GRANTED. The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

If the defendants cannot be served with summons and the complaint prior to May 10, 2004, plaintiffs' counsel shall notify the office of the undersigned to reschedule the May 10, 2004, initial case management conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

This document was entered on the docket in compliance with Rule 58 and/or Rule 79(a). FRCP. on 3/29/04 By: [signature]

