UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UMG RECORDINGS, INC., *et al.*,  :
        Plaintiffs,  :
    v.  : Civil Action No. 06-0350 (JR)
DOES 1-13,  :
        Defendants.  :

**ORDER**

    Plaintiffs' motion for leave to take immediate discovery [3-1] is **granted, provided, however,** that the Court will entertain objections or motions for protective order from Internet Service Providers if and to the extent plaintiffs' discovery requests are unduly burdensome or oppressive, see F.R.Civ.P. 26(c), or if compliance with plaintiffs' discovery should in fairness be compensated. Plaintiffs must serve a copy of this order with any discovery.

                                      JAMES ROBERTSON
                            United States District Judge